oconsol (04/06)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**111 South 18th Plaza**
**Suite 1125**
**Omaha, NE 68102**

In Re:

Eat Fit Go Healthy Foods, LLC

Bankruptcy Proceeding No. 18−81127−TLS
Chapter 11

Debtor(s)

## ORDER CONSOLIDATING CASES

This matter is before the court upon consideration of a Motion for Order Directing Joint Administration of Related Cases.

IT IS THEREFORE ORDERED that the motion is granted. The cases listed below are administratively consolidated pursuant to Bankruptcy Rule 1015 under the lead case number **18−81127**

18−81127−TLS Eat Fit Go Healthy Foods, LLC
18−81121−TLS Eat Fit Go Arizona Kitchen, LLC
18−81122−TLS Eat Fit Go Georgia Kitchen, LLC
18−81123−TLS Eat Fit Go Healthy Foods − Des Moines, LLC
18−81124−TLS Eat Fit Go Healthy Foods − Kansas City, LLC
18−81125−TLS Eat Fit Go Healthy Foods − Minnesota, LLC
18−81126−TLS Eat Fit Go Healthy Foods − Omaha, LLC
18−81128−TLS Eat Fit Go Kansas City Kitchen, LLC
18−81129−TLS Eat Fit Go Omaha Kitchen, LLC
18−81130−TLS EFG Shared Services, LLC

**IT IS FURTHER ORDERED, all future pleadings with respect to each of the consolidated cases shall be case captioned with all debtors' names, the lead case number, and shall be filed only in the *lead* case 18−81127**

The Movant (*) listed below shall mail a copy of this order to all creditors in each case and file with the court a certificate of service.

Dated: 8/3/18

BY THE COURT:

/s/ Thomas L. Saladino
Chief Judge

Copies mailed or electronically served on:
*Patrick Turner