## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF | ) | Case No. BK 18-81127-TLS |
| | ) | |
| EAT FIT GOT HEALTHY FOODS, LLC et al[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

## ORDER GRANTING OMNIBUS MOTION TO REJECT EXECUTORY CONTRACTS

This matter comes before the Court on the *Omnibus Motion to Reject Executory Contracts* (Filing No. 11) (the "Motion"). This Court does hereby find as follows:

A. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334, and this is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

B. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

C. Each Debtor remains in possession of its assets and continues to operate as debtor-in-possession in accordance with 11 U.S.C. §§ 1107 and 1108.

D. No Trustee or Official Committee of Unsecured Creditors has been appointed in this case.

E. Due and proper notice of the Motion was given and no other notice thereof is required.

F. No timely objections to the Motion have been filed in this Court.

G. Rejection of the Contracts[2]: (a) is in the best interests of Debtors, their creditors, and the bankruptcy estates; (b) constitutes a reasonable and sound exercise of Debtors' business

---

[1] The Debtors in this case include: Eat Fit Go Omaha Kitchen, LLC, Eat Fit Go Kansas City Kitchen, LLC, Eat Fit Go Georgia Kitchen, LLC, Eat FIt Go Arizona Kitchen, LLC, Eat Fit Go Healthy Foods - Des Moines, LLC, Eat Fit Go Healthy Foods - Kansas City, LLC, EFG Shared Services, LLC (No Rev), Eat Fit Go Healthy Foods - Omaha, LLC, and Eat Fit Go Healthy Foods - Minnesota, LLC.

[2] See Exhibit A attached hereto.

judgment; and (c) should be approved.

**Based on the foregoing Findings of Fact and Conclusions of Law, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The Motion is GRANTED and the relief requested in the Motion is approved in all respects.

2. Under the foregoing circumstances, the proposed rejection of Contracts is both justified and appropriate and Debtors are hereby authorized to reject the Contracts.

3. For purposes of 11 U.S.C. §365, the rejection of the Contracts shall be effective as August 10, 2018.

4. This Court retains jurisdiction to interpret, implement and enforce the terms and provisions of this Order, all amendments thereto and any waivers and consents thereunder and of each of the agreements executed in connection therewith.

5. The failure specifically to include any particular provisions of the Motion or the Contracts in this Order shall not diminish or impair the efficacy of such provision, it being the intent of the Court that the Motion be authorized and approved in its entirety.

**IT IS SO ORDERED.**

Dated this  22nd  day of  August , 2018.    BY THE COURT:

/s/Thomas L. Saladino
United States Bankruptcy Judge

Submitted by:

**Patrick R. Turner** (No. 23461)
Stinson Leonard Street, LLP
1299 Farnam Street, Suite 1500
Omaha, Nebraska  68102
Tel. No. 402-342-1700
Fax No. 402-342-1701

Counsel For The Debtors

2

CORE/3007017.0005/141848955.1

# **EXHIBIT A – CONTRACTS**

| Documents Name | Debtor | Counter Party | Date |
|---|---|---|---|
| Area Development Agreement | Eat Fit Go Healthy Foods, LLC | Chadron EFGAZ L.L.C - Tucson | 28-Aug-17 |
| Franchise Agreement | Eat Fit Go Healthy Foods, LLC | E FIT G KRNY, L.L.C. - Kearney, NE | 7-Jul-16 |
| Franchise Agreement | Eat Fit Go Healthy Foods, LLC | EFGP LLC - St. Joe, MO | 25-Jul-16 |
| Franchise Agreement | Eat Fit Go Healthy Foods, LLC | EFGroupATL, LLC - 2980 Cobb Pkwy | 5-Dec-17 |
| Franchise Agreement | Eat Fit Go Healthy Foods, LLC | EFGroupATL, LLC - 5530 Windward Pkwy | 5-Dec-17 |
| Franchise Agreement | Eat Fit Go Healthy Foods, LLC | EFGroupATL, LLC - 5840 Roswell Rd | 5-Dec-17 |
| Area Development Agreement | Eat Fit Go Healthy Foods, LLC | EFGroupATL, LLC - Various GA counties | 1-Sep-16 |
| Area Development Agreement | Eat Fit Go Healthy Foods, LLC | Hamilton Heights - Colorado Springs | 5-Sep-17 |
| Area Development Agreement | Eat Fit Go Healthy Foods, LLC | Husker Power - Columbia, O'Fallon, | N/A |
| Area Development Agreement | Eat Fit Go Healthy Foods, LLC | OmaStings, LLC - Maricopa and Pinal AZ | 1-Jun-16 |
| Area Development Agreement | Eat Fit Go Healthy Foods, LLC | RK FITFOODS, INC. - Denver | 29-Aug-17 |
| Area Development Agreement | Eat Fit Go Healthy Foods, LLC | TELLthefuture, LLC - Springfield, Manhattan KS | 6-Sep-16 |

CORE/3007017.0005/141848955.1