**Fill in this information to identify the case:**

Debtor name      **Eat Fit Go Arizona Kitchen, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)    **18-81121**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 17, 2018**          X */s/ Brock Hubert*
                                        Signature of individual signing on behalf of debtor

                                        **Brock Hubert**
                                        Printed name

                                        **CEO**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Eat Fit Go Arizona Kitchen, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)    **18-81121**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..........................................................................................    $ _____0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................    $ _____163,563.38

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..........................................................................................    $ _____163,563.38

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____0.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ _____1,236.96

4.    Total liabilities ........................................................................................................................
   Lines 2 + 3a + 3b    $ _____1,236.96

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Eat Fit Go Arizona Kitchen, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEBRASKA |
| Case number (if known) | **18-81121** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Access Bank** | **Checking** | **0340** | **$6,203.92** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$6,203.92**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

| 8.1. | **Hartford Life Insurance** | **$549.18** |
|---|---|---|

9.    **Total of Part 2.**
      Add lines 7 through 8. Copy the total to line 81.          **$549.18**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Eat Fit Go Arizona Kitchen, LLC** | Case number *(If known)* **18-81121** |
|---|---|---|
| | Name | |

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less: _____**21,272.58**_____ - _____**0.00**_____ = .... _____**$21,272.58**_____
  face amount   doubtful or uncollectible accounts

12.  **Total of Part 3.**
  Current value on lines 11a + 11b = line 12.  Copy the total to line 82.
  ┌──────────────┐
  │  $21,272.58  │
  └──────────────┘

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Food | **07/29/2019** | **$22,514.86** | **Recent cost** | **$22,514.86** |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Packaging and Kitch Supplies | **07/29/2018** | **$34,303.81** | **Recent cost** | **$34,303.84** |

23.  **Total of Part 5.**
  Add lines 19 through 22.  Copy the total to line 84.
  ┌──────────────┐
  │  $56,818.70  │
  └──────────────┘

24.  **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value ____**12556.61**____ Valuation method ____**FIFO**____ Current Value ____**12556.61**____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 2 |
|---|---|---|

Debtor    **Eat Fit Go Arizona Kitchen, LLC**                        Case number *(If known)*  **18-81121**
_____Name_____

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**See Attachment A/B** | $44,676.90 | | $44,676.90 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                               | $44,676.90 |
         Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
         ■ No
         ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Eat Fit Go Arizona Kitchen, LLC** | Case number *(If known)* **18-81121** |
|---|---|---|
| | Name | |

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

       **Leasehold Improvements - See Attachment A/B**                              $34,042.10

78.    **Total of Part 11.**                                                       $34,042.10

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Eat Fit Go Arizona Kitchen, LLC** | Case number *(If known)* **18-81121** |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,203.92 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $549.18 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $21,272.58 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $56,818.70 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $44,676.90 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $34,042.10 | |
| 91. **Total.** Add lines 80 through 90 for each column | $163,563.38 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $163,563.38 |

---

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**EAT FIT GO GEORGIA KITCHEN- ATTACHMENT A/B**

| Asset | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value |
|---|---|---|---|---|---|---|---|---|---|
| **Group: Equipment** | | | | | | | | | |
| 36 | RE Therm Oven with DX Controls | 1/04/17 | $9,122.40 | $0.00 | $0.00 | $1,824.48 | $1,824.48 | $3,648.96 | $5,473.44 |
| 37 | Tilit Skillet and Vacuum Tumbler | 2/23/17 | $14,490.00 | $0.00 | $0.00 | $2,415.00 | $2,898.00 | $5,313.00 | $9,177.00 |
| 38 | Kitchen Cabinetry | 3/06/17 | $17,221.83 | $0.00 | $0.00 | $2,870.31 | $3,444.37 | $6,314.68 | $10,907.15 |
| 130 | Walk in Cooler | 8/07/17 | $14,225.90 | $0.00 | $0.00 | $1,185.49 | $2,845.18 | $4,030.67 | $10,195.23 |
| 133 | Dial One Freezer | 2/04/18 | $10,925.00 | $0.00 | $0.00 | $0.00 | $2,002.92 | $2,002.92 | $8,922.08 |
| | **Equipment** | | $65,985.13 | $0.00 | $0.00 | $8,295.28 | $13,014.95 | $21,310.23 | $44,674.90 |
| **Group: Leasehold Improvement** | | | | | | | | | |
| 116 | Build Out - Arizona Kitchen | 12/31/16 | $43,458.00 | $0.00 | $0.00 | $5,070.10 | $4,345.80 | $9,415.90 | $34,042.10 |
| | **Leasehold Improvement** | | $43,458.00 | $0.00 | $0.00 | $5,070.10 | $4,345.80 | $9,415.90 | $34,042.10 |
| | **Grand Total** | | $109,443.13 | $0.00 | $0.00 | $13,365.38 | $17,360.75 | $30,726.13 | $78,717.00 |

**Fill in this information to identify the case:**

Debtor name    **Eat Fit Go Arizona Kitchen, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)    **18-81121**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    **Eat Fit Go Arizona Kitchen, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)    **18-81121**

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Armstrong, Tyler**<br>**4918 Lydia Ave**<br>**Kansas City, MO 64110** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Chacon Gonzalez, Rolando**<br>**2508 W Elm St #220**<br>**Phoenix, AZ 85017** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      47627      Best Case Bankruptcy

| Debtor | **Eat Fit Go Arizona Kitchen, LLC** | | Case number (if known) | **18-81121** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**De Young, Autumn**
**13720 N 88th Ave, Apt #3057**
**Peoria, AZ 83581**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Demarbieux, Parris J**
**2327 W Rovey Ave**
**Phoenix, AZ 85015**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**DesMarteau, Francois**
**12905 Inverness Dr**
**Kansas City, MO 64145**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dettorre, Brittany**
**5921 W Nancy Rd**
**Glendale, AZ 85306**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Eat Fit Go Arizona Kitchen, LLC** | | Case number *(if known)* | **18-81121** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dillon, Joseph M**
**820 E Purdue Ave, Unit A**
**Phoenix, AZ 85020**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Gallegos III, Thomas Joe**
**4322 W Whitton Ave**
**Phoenix, AZ 85031**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Garza, Jacklyn S**
**2704 E Shaw Butte Dr.**
**Phoenix, AZ 85028**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Hinkel, Tanner E**
**6943 Oak St**
**Kansas City, MO 64113**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Eat Fit Go Arizona Kitchen, LLC** | Case number *(if known)* | **18-81121** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.11** Priority creditor's name and mailing address
**Jomarron, Arley**
**8040 N 11th Pl**
**Phoenix, AZ 85020**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.12** Priority creditor's name and mailing address
**Jones, Abby**
**7611 Conser St**
**Overland Park, KS 66204**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.13** Priority creditor's name and mailing address
**Lacy, Kimberly**
**4455 Madison Ave**
**Kansas City, MO 64111**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.14** Priority creditor's name and mailing address
**Ochoa, Nathaniel**
**3211 E Marconi Ave**
**Phoenix, AZ 85032**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Eat Fit Go Arizona Kitchen, LLC** | | Case number (*if known*) | **18-81121** |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Ricardo Aguilera, Ludmila**
**2508 W Elm St**
**Phoenix, AZ 85017**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Senthavy, Thasadaphone**
**20355 Willow Ct**
**Spring Hill, KS 66083**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Silva Feria, Viunaiky**
**3153 W Orchid Ln**
**Phoenix, AZ 85051**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Sons, Robert**
**3046 W Libby St**
**Phoenix, AZ 85053**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Eat Fit Go Arizona Kitchen, LLC** | Case number *(if known)* | **18-81121** |
|---|---|---|---|
| | Name | | |

---

**2.19** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Stock, Cassie**
**317 Lake Forest Dr**
**Bonner Springs, KS 66012**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.20** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Walker, Kail R**
**5021 S 196th Circle**
**Omaha, NE 68135**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Live Well Enterprises, LLC**
**c/o Aaron McKeever**
**8877 S 137th Cir., Suite 1**
**Omaha, NE 68138**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$959.04**

**Rx Bar**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Shamrock**
**PO Box 52438**
**Phoenix, AZ 52438**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Eat Fit Go Arizona Kitchen, LLC** | Case number (if known) | **18-81121** |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Southwest Gas Corporation**
**PO Box 98890**
**Las Vegas, NV 89193-8890**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$277.92** |
|---|---|---|---|

**Staples**
**PO Box 660409**
**Dallas, TX 75266-0409**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **1,236.96** |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | **1,236.96** |

---

**Fill in this information to identify the case:**

Debtor name    **Eat Fit Go Arizona Kitchen, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)    **18-81121**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Linens Contracts** | |
| State the term remaining    **Appox. 3 years** | **Cintas**
**CSC-LAWYERS INCORPORATING SERVICE COMPAN**
**Lincoln, NE 68508** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Disposal Contract** | |
| State the term remaining    **3 Month, Annual Renewal** | **Curbside Recycling and Disposal**
**3219 E. Camelback Rd**
**Phoenix, AZ 85018** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Non-Residential Real Property Lease** | |
| State the term remaining    **Appox. 8 Years** | **Live Well Enterprises, LLC**
**c/o Aaron McKeever**
**8877 S 137th Cir., Suite 1**
**Omaha, NE 68138** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **Pest Control contract.** | |
| State the term remaining    **Month to Month** | **Sexton Pest Control**
**Phoenix Branch**
**14040 N Cave Creek Rd Suite 306**
**Phoenix, AZ 85022** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    **Eat Fit Go Arizona Kitchen, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)    **18-81121**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> City _____ State _____ Zip Code _____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> City _____ State _____ Zip Code _____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> City _____ State _____ Zip Code _____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> City _____ State _____ Zip Code _____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name        **Eat Fit Go Arizona Kitchen, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEBRASKA

Case number (if known)   **18-81121**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$548,065.04** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | **$880,841.68** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.    **See Attachment 3** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Eat Fit Go Arizona Kitchen, LLC** | Case number *(if known)* **18-81121** |
|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:** Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:** Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | **Eat Fit Go Arizona Kitchen, LLC** | Case number *(if known)* **18-81121** |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Eat Fit Go Arizona Kitchen, LLC** | Case number *(if known)* **18-81121** |
|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Eat Fit Go Arizona Kitchen, LLC** | Case number *(if known)* **18-81121** |
|---|---|---|

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **See Attachment 26A** | |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **See Attachment 26B** | |

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.
    ☐ None

Debtor   **Eat Fit Go Arizona Kitchen, LLC**                                    Case number *(if known)*   **18-81121**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **See Attachment 26C** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **See Attachment 26D** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Karl Marsh** | **07/31/2018** | **56818.62** |
| | Name and address of the person who has possession of inventory records | | |
| | **Eat Fit Go Healthy Foods, LLC**<br>**8877 S. 137th Cir**<br>**Suite 1**<br>**Omaha, NE 68138** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sam Vakhidov** | **2325 S. 165th**<br>**Omaha, NE 68134** | **Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Aaron McKeever** | **8240 Keystone Drive**<br>**Omaha, NE 68130** | **Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Panorama Point Partners, LLC** | **13030 Pierce St Ste 300**<br>**Omaha, NE 68144** | **Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jennifer Cain** | **2325 S. 218th Ave**<br>**Elkhorn, NE 68022** | **CEO** | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Debtor    **Eat Fit Go Arizona Kitchen, LLC**    Case number *(if known)*  **18-81121**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Sam Vakhidov | 2325 S. 165th Omaha, NE 68134 | CEO | 02/16-10/17 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Jennifer Cain | 2325 S. 218th Ave Elkhorn, NE 68022 | CEO | 11/17-07/18 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| Eat Fit Go Healthy Foods, LLC | EIN:  47-4351685 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 17, 2018**

**/s/ Brock Hubert**                                        **Brock Hubert**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

## EAT FIT GO ARIZONA KITCHEN ATTACHMENT 3

| Name | Type | Date | Address | Memo | Amount |
|---|---|---|---|---|---|
| **AAA Backflow Testing & Repair, LLC** | | | | | |
| | Bill Pmt - Check | 07/06/2018 | P.O. BOX 9344 Surprise, AZ 85374 | Memo:CHECK 1279 | $3,660.50 |
| **ADP** | | | | | |
| | Check | 05/10/2018 | PO Box 842875 Boston, MA 02284-2875 | ADP Tax ADP Tax 19PDX 051119A01 | $1,939.53 |
| | Check | 05/14/2018 | PO Box 842875 Boston, MA 02284-2876 | ADP Tax ADP Tax 19PDY 051519A01 | $1,097.65 |
| | Bill Pmt - Check | 05/18/2018 | PO Box 842875 Boston, MA 02284-2877 | Memo:CHECK 1246 | $56.25 |
| | Check | 05/24/2018 | PO Box 842875 Boston, MA 02284-2878 | ADP Tax ADP Tax 19PDX 052521A01 | $1,773.13 |
| | Check | 05/31/2018 | PO Box 842875 Boston, MA 02284-2879 | ADP Tax ADP Tax 19PDY 060121A01 | $1,097.64 |
| | Check | 06/07/2018 | PO Box 842875 Boston, MA 02284-2880 | ADP Tax ADP Tax 19PDX 060823A01 | $2,280.14 |
| | Bill Pmt - Check | 06/08/2018 | PO Box 842875 Boston, MA 02284-2881 | Memo:CHECK 1259 | $27.00 |
| | Bill Pmt - Check | 06/14/2018 | PO Box 842875 Boston, MA 02284-2882 | Memo:CHECK 1266 | $20.25 |
| | Check | 06/14/2018 | PO Box 842875 Boston, MA 02284-2883 | ADP Tax ADP Tax 19PDY 061524A01 | $1,097.66 |
| | Check | 06/21/2018 | PO Box 842875 Boston, MA 02284-2884 | ADP Tax ADP Tax 19PDX 062225A01 | $2,343.19 |
| | Check | 06/28/2018 | PO Box 842875 Boston, MA 02284-2885 | ADP Tax ADP Tax 19PDY 062926A01 | $1,097.66 |
| | Bill Pmt - Check | 06/29/2018 | PO Box 842875 Boston, MA 02284-2886 | Memo:CHECK 1274 | $77.00 |
| | Check | 07/05/2018 | PO Box 842875 Boston, MA 02284-2887 | ADP Tax ADP Tax 19PDX 070627A01 | $3,067.02 |
| | Check | 07/12/2018 | PO Box 842875 Boston, MA 02284-2888 | ADP Tax ADP Tax 19PDY 071328A01 | $1,147.64 |
| | Bill Pmt - Check | 07/13/2018 | PO Box 842875 Boston, MA 02284-2889 | Memo:CHECK 1283 | $4.50 |
| | Bill Pmt - Check | 07/19/2018 | PO Box 842875 Boston, MA 02284-2890 | Memo:CHECK 1290 | $24.75 |
| | Check | 07/19/2018 | PO Box 842875 Boston, MA 02284-2891 | ADP Tax ADP Tax 19PDX 072029A01 | $2,432.59 |
| | Bill Pmt - Check | 07/27/2018 | PO Box 842875 Boston, MA 02284-2892 | Memo:CHECK 1296 | $4.50 |
| | Check | 07/31/2018 | PO Box 842875 Boston, MA 02284-2893 | ADP Tax ADP Tax 19PDY 080130A01 | $1,147.66 |
| **aps** | | | | | |
| | Bill Pmt - Check | 05/18/2018 | PO Box 2906 Phoenix, AZ 85062-2906 | Acct #3788920000 | $3,400.53 |
| | Bill Pmt - Check | 06/14/2018 | PO Box 2906 Phoenix, AZ 85062-2907 | Memo:CHECK 1267 | $4,720.75 |

### EAT FIT GO ARIZONA KITCHEN ATTACHMENT 3

| Name | Type | Date | Address | Memo | Amount |
|------|------|------|---------|------|--------|
| | Bill Pmt - Check | 07/19/2018 | PO Box 2906 Phoenix, AZ 85062-2908 | Memo:CHECK 1291 | $4,503.32 |
| **Arlety Jomarron** | | | | | |
| | Bill Pmt - Check | 07/25/2018 | 8040 N. 11th Pl Phoenix, AZ 85020 | Memo:CHECK 1295 | $149.85 |
| **Biehl & Biehl, Inc.** | | | | | |
| | Bill Pmt - Check | 07/06/2018 | 325 East Fullerton Ave Carol Stream, IL 60188 | Memo:CHECK 1280 | $316.89 |
| **Boelter** | | | | | |
| | Bill Pmt - Check | 05/04/2018 | P.O. BOX 8741 Carol Stream, IL 60197-8741 | Memo:CHECK 1240 | $3,874.23 |
| | Bill Pmt - Check | 05/18/2018 | P.O. BOX 8741 Carol Stream, IL 60197-8742 | Memo:CHECK 1248 | $50.01 |
| | Bill Pmt - Check | 05/23/2018 | P.O. BOX 8741 Carol Stream, IL 60197-8743 | Memo:CHECK 1252 | $129.75 |
| | Bill Pmt - Check | 06/08/2018 | P.O. BOX 8741 Carol Stream, IL 60197-8744 | Memo:CHECK 1260 | $3,863.79 |
| | Bill Pmt - Check | 07/13/2018 | P.O. BOX 8741 Carol Stream, IL 60197-8745 | Memo:CHECK 1284 | $4,774.18 |
| | Bill Pmt - Check | 07/27/2018 | P.O. BOX 8741 Carol Stream, IL 60197-8746 | Memo:CHECK 1297 | $4,899.97 |
| **Brandon C Apodaca** | | | | | |
| | Bill Pmt - Check | 06/08/2018 | 3511 S. Terrace Road Tempe, AZ 85282 | Memo:CHECK 1261 | $183.75 |
| **CenturyLink** | | | | | |
| | Bill Pmt - Check | 06/29/2018 | P.O. Box 4300 Carol Stream, IL 60197 | Memo:CHECK 1275 | $102.86 |
| | Bill Pmt - Check | 07/27/2018 | P.O. Box 4300 Carol Stream, IL 60198 | Memo:CHECK 1298 | $155.56 |
| **Cintas** | | | | | |
| | Bill Pmt - Check | 05/04/2018 | Po Box 29059 Phoenix, AZ 85038-9059 | Memo:CHECK 1241 | $392.35 |
| | Bill Pmt - Check | 06/08/2018 | Po Box 29059 Phoenix, AZ 85038-9060 | Memo:CHECK 1262 | $398.85 |
| | Bill Pmt - Check | 07/06/2018 | Po Box 29059 Phoenix, AZ 85038-9061 | Memo:CHECK 1281 | $415.38 |

### EAT FIT GO ARIZONA KITCHEN ATTACHMENT 3

| Name | Type | Date | Address | Memo | Amount |
|------|------|------|---------|------|--------|
| **Cintas-0466** | | | | | |
| | Bill Pmt - Check | 05/10/2018 | Po Box 29059 Phoenix, AZ 85038-9061 | Memo:CHECK 1243 | $94.82 |
| **City of Phoenix** | | | | | |
| | Bill Pmt - Check | 06/01/2018 | PO Box 29100 Phoenix, AZ 85038-9100 | Memo:CHECK 1257 | $368.51 |
| | Bill Pmt - Check | 07/13/2018 | PO Box 29100 Phoenix, AZ 85038-9101 | Memo:CHECK 1285 | $107.49 |
| **Curbside Recycling & Disposal** | | | | | |
| | Bill Pmt - Check | 05/18/2018 | 3219 E Camelback Rd #394 Phoenix, AZ 85018 | Memo:CHECK 1249 | $200.00 |
| | Bill Pmt - Check | 06/22/2018 | 3220 E Camelback Rd #394 Phoenix, AZ 85018 | Memo:CHECK 1270 | $200.00 |
| | Bill Pmt - Check | 07/13/2018 | 3221 E Camelback Rd #394 Phoenix, AZ 85018 | Memo:CHECK 1286 | $200.00 |
| **Dial One** | | | | | |
| | Bill Pmt - Check | 05/18/2018 | 743 E Dunlap Phoenix, AZ 85020 | Memo:CHECK 1250 | $731.34 |
| **Diecutstickers** | | | | | |
| | Bill Pmt - Check | 06/22/2018 | 345 Andover Park E. Tukwila, WA 98188 | QuickBooks generated zero amount transaction for bill payment stub | |
| | Bill Pmt - Check | 07/31/2018 | 346 Andover Park E. Tukwila, WA 98188 | Memo:CHECK 1301 | $3,396.00 |
| **FreightQuote** | | | | | |
| | Bill Pmt - Check | 05/23/2018 | PO Box 9121 Minneapolis, MN 55480-9121 | Memo:CHECK 1253 | $251.85 |
| **Hoodz** | | | | | |
| | Bill Pmt - Check | 06/29/2018 | 1220 W Alameda Dr. Suite 107 Tempe, AZ 85282 | Memo:CHECK 1276 | $550.00 |
| **Hub Labels** | | | | | |
| | Bill Pmt - Check | 05/18/2018 | 18223 Shawley Dr. Hagerstown, MD 21740 | Memo:CHECK 1251 | $224.58 |
| | Bill Pmt - Check | 06/22/2018 | 18224 Shawley Dr. Hagerstown, MD 21740 | Memo:CHECK 1271 | $1,345.88 |
| | Bill Pmt - Check | 06/29/2018 | 18225 Shawley Dr. Hagerstown, MD 21740 | Memo:CHECK 1277 | $364.91 |

### EAT FIT GO ARIZONA KITCHEN ATTACHMENT 3

| Name | Type | Date | Address | Memo | Amount |
|------|------|------|---------|------|--------|
| | Bill Pmt - Check | 07/13/2018 | 18226 Shawley Dr. Hagerstown, MD 21740 | Memo:CHECK 1287 | $3,972.82 |
| | Bill Pmt - Check | 07/19/2018 | 18227 Shawley Dr. Hagerstown, MD 21740 | Memo:CHECK 1292 | $496.18 |
| Ice King Distribution | | | | | |
| | Bill Pmt - Check | 07/19/2018 | 5925 W. Van Buren St Phoenix, AZ 85043 | VOID: | |
| Live Well Enterprises | | | | | |
| | Check | 05/10/2018 | 8240 Keystone Drive Omaha, NE 68134 | Transfer to Live Well Enterprises from Eat Fit Go Healthy Foods | $7,779.19 |
| | Check | 06/11/2018 | 8241 Keystone Drive Omaha, NE 68134 | Transfer to Live Well Enterprises from Eat Fit Go Healthy Foods | $7,779.19 |
| | Check | 07/10/2018 | 8242 Keystone Drive Omaha, NE 68134 | Transfer to Live Well Enterprises from Eat Fit Go Healthy Foods | $7,779.19 |
| Maloney Plumbing | | | | | |
| | Bill Pmt - Check | 06/08/2018 | 9119 North 7th Street, Ste #701 Phoenix, AZ 85020 | Memo:CHECK 1263 | $275.00 |
| MetLife | | | | | |
| | Bill Pmt - Check | 07/27/2018 | PO Box 804466 Kansas City, MO 64180-4466 | Memo:CHECK 1299 | $111.54 |
| ProGuard | | | | | |
| | Bill Pmt - Check | 05/04/2018 | PO Box 70343 Chicago, IL 60673-0343 | Memo:CHECK 1242 | $138.48 |
| | Bill Pmt - Check | 06/22/2018 | PO Box 70343 Chicago, IL 60673-0344 | Memo:CHECK 1272 | $142.62 |
| Ready Refresh | | | | | |
| | Bill Pmt - Check | 05/10/2018 | 6661 Dixie Hwy, Suite 4 Louisville, KY 40258 | Memo:CHECK 1244 | $227.83 |
| | Bill Pmt - Check | 06/14/2018 | 6662 Dixie Hwy, Suite 4 Louisville, KY 40258 | Memo:CHECK 1268 | $178.31 |
| Revel System | | | | | |
| | Check | 05/01/2018 | | REVEL SYSTEMS I PAYMENT 62965 | $177.50 |
| | Check | 06/04/2018 | | REVEL SYSTEMS I PAYMENT 62965 | $177.50 |
| | Check | 07/03/2018 | | REVEL SYSTEMS I PAYMENT 62965 | $177.50 |
| RKS Plumbing | | | | | |

## EAT FIT GO ARIZONA KITCHEN ATTACHMENT 3

| Name | Type | Date | Address | Memo | Amount |
|------|------|------|---------|------|--------|
| **RXBar** | Bill Pmt - Check | 06/22/2018 | 23659 N 35th Dr Glendale, AZ 85310 | Memo:CHECK 1273 | $162.50 |
| | Bill Pmt - Check | 06/14/2018 | PO Box 772943 Chicago, IL 60677-0243 | Memo:CHECK 1269 | $2,024.64 |
| | Bill Pmt - Check | 07/13/2018 | PO Box 772943 Chicago, IL 60677-0244 | VOID: | |
| **Safeguard** | Bill Pmt - Check | 06/01/2018 | PO Box 5870 Scottsdale, AZ 85261-5870 | Memo:CHECK 1258 | $153.07 |
| **Sexton Pest Control** | Bill Pmt - Check | 05/23/2018 | 14040 N Cave Creek Rd Suite 306 Phoenix, AZ | Memo:CHECK 1254 | $95.00 |
| | Bill Pmt - Check | 06/29/2018 | 14041 N Cave Creek Rd Suite 306 Phoenix, AZ | Memo:CHECK 1278 | $95.00 |
| | Bill Pmt - Check | 07/27/2018 | 14042 N Cave Creek Rd Suite 306 Phoenix, AZ | Memo:CHECK 1300 | $646.00 |
| **Shamrock Foods** | Bill Pmt - Check | 05/01/2018 | 2540 N 29th Ave, Phoenix, AZ 85009 | | $2,420.59 |
| | Bill Pmt - Check | 05/02/2018 | 2541 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX7542 | $1,793.29 |
| | Bill Pmt - Check | 05/04/2018 | 2542 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX8896 | $1,655.04 |
| | Bill Pmt - Check | 05/08/2018 | 2543 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX7049 | $2,558.72 |
| | Bill Pmt - Check | 05/09/2018 | 2544 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX8865 | $1,623.02 |
| | Bill Pmt - Check | 05/11/2018 | 2545 N 29th Ave, Phoenix, AZ 85009 | | $1,976.56 |
| | Bill Pmt - Check | 05/15/2018 | 2546 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX9567 | $2,287.69 |
| | Bill Pmt - Check | 05/16/2018 | 2547 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX2685 | $1,851.65 |
| | Bill Pmt - Check | 05/18/2018 | 2548 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX0217 | $1,846.33 |

**EAT FIT GO ARIZONA KITCHEN ATTACHMENT 3**

| Name | Type | Date | Address | Memo | Amount |
|------|------|------|---------|------|--------|
| | Bill Pmt - Check | 05/22/2018 | 2549 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX5814 | $2,658.75 |
| | Bill Pmt - Check | 05/23/2018 | 2550 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX9486 | $1,332.54 |
| | Bill Pmt - Check | 05/25/2018 | 2551 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX7120 | $2,664.95 |
| | Bill Pmt - Check | 05/30/2018 | 2552 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX0872 | $1,048.26 |
| | Bill Pmt - Check | 05/30/2018 | 2553 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX2766 | $1,326.78 |
| | Bill Pmt - Check | 06/01/2018 | 2554 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX9301 | $2,509.98 |
| | Bill Pmt - Check | 06/04/2018 | 2555 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX5519 | $80.69 |
| | Bill Pmt - Check | 06/05/2018 | 2556 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX1100 | $1,994.34 |
| | Bill Pmt - Check | 06/06/2018 | 2557 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX3414 | $2,187.65 |
| | Bill Pmt - Check | 06/08/2018 | 2558 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX1248 | $2,346.27 |
| | Bill Pmt - Check | 06/12/2018 | 2559 N 29th Ave, Phoenix, AZ 85009 | | $779.01 |
| | Bill Pmt - Check | 06/13/2018 | 2560 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX4948 | $1,990.43 |
| | Bill Pmt - Check | 06/15/2018 | 2561 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX8235 | $1,858.32 |
| | Bill Pmt - Check | 06/18/2018 | 2562 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX2647 | $60.77 |
| | Bill Pmt - Check | 06/20/2018 | 2563 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX2430 | $2,938.20 |
| | Bill Pmt - Check | 06/20/2018 | 2564 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX6324 | $3,620.91 |
| | Bill Pmt - Check | 06/25/2018 | 2565 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX8613 | $3,819.08 |
| | Bill Pmt - Check | 06/26/2018 | 2566 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX3271 | $867.25 |

### EAT FIT GO ARIZONA KITCHEN ATTACHMENT 3

| Name | Type | Date | Address | Memo | Amount |
|------|------|------|---------|------|--------|
| | Bill Pmt - Check | 06/27/2018 | 2567 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX2119 | $2,169.65 |
| | Bill Pmt - Check | 07/02/2018 | 2568 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX4066 | $3,830.25 |
| | Bill Pmt - Check | 07/03/2018 | 2569 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX5273 | $1,251.87 |
| | Bill Pmt - Check | 07/05/2018 | 2570 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX3741 | $1,826.05 |
| | Bill Pmt - Check | 07/06/2018 | 2571 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX4601 | $10.99 |
| | Bill Pmt - Check | 07/06/2018 | 2572 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX3878 | $3,343.30 |
| | Bill Pmt - Check | 07/09/2018 | 2573 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX1509 | $67.88 |
| | Bill Pmt - Check | 07/10/2018 | 2574 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX6465 | $750.89 |
| | Bill Pmt - Check | 07/11/2018 | 2575 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX7063 | $3,014.02 |
| | Bill Pmt - Check | 07/12/2018 | 2576 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX6131 | $178.77 |
| | Bill Pmt - Check | 07/16/2018 | 2577 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX5352 | $2,846.02 |
| | Bill Pmt - Check | 07/17/2018 | 2578 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX0885 | $2,022.63 |
| | Bill Pmt - Check | 07/18/2018 | 2579 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX9171 | $2,411.13 |
| | Bill Pmt - Check | 07/23/2018 | 2580 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX8587 | $2,907.50 |
| | Bill Pmt - Check | 07/24/2018 | 2581 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX0758 | $1,219.41 |
| | Bill Pmt - Check | 07/25/2018 | 2582 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX9508 | $517.62 |
| | Bill Pmt - Check | 07/27/2018 | 2583 N 29th Ave, Phoenix, AZ 85009 | SHAMROCK FOODS A SHAMROCK F FTXXXXX9134 | $3,528.87 |

**Shoes For Crews**

### EAT FIT GO ARIZONA KITCHEN ATTACHMENT 3

| Name | Type | Date | Address | Memo | Amount |
|------|------|------|---------|------|--------|
| | Bill Pmt - Check | 05/23/2018 | PO Box 504634 St. Louis, MO 63150-4634 | Memo:CHECK 1255 | $859.18 |
| **Southwest Gas Corporation** | | | | | |
| | Bill Pmt - Check | 05/10/2018 | PO Box 98890 Las Vegas, NV 89193-8890 | Memo:CHECK 1245 | $281.30 |
| | Bill Pmt - Check | 06/08/2018 | PO Box 98890 Las Vegas, NV 89193-8891 | Memo:CHECK 1264 | $266.98 |
| | Bill Pmt - Check | 07/06/2018 | PO Box 98890 Las Vegas, NV 89193-8892 | Memo:CHECK 1282 | $285.77 |
| **Staples** | | | | | |
| | Bill Pmt - Check | 06/08/2018 | PO Box 660409 Dallas, TX 75266-0409 | Memo:CHECK 1265 | $270.79 |
| | Bill Pmt - Check | 07/13/2018 | PO Box 660409 Dallas, TX 75266-0410 | VOID: | |
| | Bill Pmt - Check | 07/19/2018 | PO Box 660409 Dallas, TX 75266-0411 | VOID: | |
| **Sterling** | | | | | |
| | Bill Pmt - Check | 05/02/2018 | | ACH Debit STERLING INSTITU 421784 | $1,737.58 |
| | Bill Pmt - Check | 05/09/2018 | | ACH Debit STERLING INSTITU 422196 | $2,370.50 |
| | Bill Pmt - Check | 05/16/2018 | | ACH Debit STERLING INSTITU 422612 | $1,900.51 |
| | Bill Pmt - Check | 05/23/2018 | | ACH Debit STERLING INSTITU 423031 | $1,950.09 |
| | Bill Pmt - Check | 05/31/2018 | | | $2,268.37 |
| | Bill Pmt - Check | 06/06/2018 | | ACH Debit STERLING INSTITU 423805 | $3,992.27 |
| | Bill Pmt - Check | 06/13/2018 | | ACH Debit STERLING INSTITU 424229 | $2,527.25 |
| | Bill Pmt - Check | 06/20/2018 | | ACH Debit STERLING INSTITU 424597 | $3,393.51 |
| | Bill Pmt - Check | 06/27/2018 | | ACH Debit STERLING INSTITU 425016 | $2,959.01 |

**EAT FIT GO ARIZONA KITCHEN ATTACHMENT 3**

| Name | Type | Date | Address | Memo | Amount |
|------|------|------|---------|------|--------|
| | Bill Pmt - Check | 07/09/2018 | | ACH Debit STERLING INSTITU STERLING FOODS INVOICE 425409 DATED 6/26/18 | $3,017.34 |
| | Bill Pmt - Check | 07/11/2018 | | ACH Debit STERLING INSTITU 425775 | $2,896.30 |
| | Bill Pmt - Check | 07/18/2018 | | ACH Debit STERLING INSTITU 426155 | $2,714.69 |
| | Bill Pmt - Check | 07/25/2018 | | ACH Debit STERLING INSTITU 426505 | $3,648.34 |
| **The Hartford - 30003** | | | | | |
| | Bill Pmt - Check | 05/23/2018 | PO Box 783690 Philadephia, PA 19178-3690 | Memo:CHECK 1256 | $916.74 |
| Garza, Jacklyn | | 07/01/18 | | Expense Reimbursement | $44.09 |
| | | 07/15/18 | | Expense Reimbursement | $2.14 |
| | | 08/01/18 | | Expense Reimbursement | $23.93 |

### Attachment 26A

| Name | Address | Dates of Service |
| --- | --- | --- |
| CFO Systems, LLC | 10832 Old Mill Rd #2, Omaha, NE 68154 | 7/17-12/17, 5/18-6/18 |
| Steier & Prchal, Ltd. | 1015 N. 98th Street, Suite 100, Omaha, NE 68114 | 12/2015-09/2017 |
| Lutz | 13616 California Street, Suite 300, Omaha, NE 68154 | 12/2017-07/2018 |
| Amy Staley | 14516 Fowler Avenue, Omaha, NE 68116 | 01/2017-05/2018 |
| Whitney Ivanova | 7315 Stafford Drive, Council Bluffs, IA 51503 | 05/2018-Present |
| Brooke Hogan | 5621 N 112th Circle, Omaha, NE 68164 | 08/2016-Present |
| Chancy Johnson | 1903 Oriole Drive, Bellevue, NE 68123 | 05/2018-Present |
| Sydni Bechler | 11101 M St, Apt #101, Omaha, NE 68137 | 03/2017-02/2018 |
| Mike Morgan | 5615 S. 174th Street, Omaha, NE 68135 | 07/2018-Present |

### Attachment 26B

| Name | Address | Dates of Service |
|------|---------|------------------|
| CFO Systems, LLC | 10832 Old Mill Rd #2, Omaha, NE 68154 | 07/2017-12/2017 |
| Steier & Prchal, Ltd. | 1015 N. 98th Street, Suite 100, Omaha, NE 68114 | 12/2015-09/2017 |
| Lutz | 13616 California Street, Suite 300, Omaha, NE 68154 | 12/2017-07/2018 |
| Brooke Hogan | 5621 N 112th Circle, Omaha, NE 68164 | 08/2016-Present |

### Attachment 26C

| Name | Address | Dates of Service |
|------|---------|------------------|
| Lutz | 13616 California Street, Suite 300, Omaha, NE 68154 | 12/2017-07/2018 |
| Whitney Ivanova | 7315 Stafford Drive, Council Bluffs, IA 51503 | 05/2018-Present |
| Brooke Hogan | 5621 N 112th Circle, Omaha, NE 68164 | 08/2016-Present |
| Chancy Johnson | 1903 Oriole Drive, Bellevue, NE 68123 | 05/2018-Present |
| Mike Morgan | 5615 S. 174th Street, Omaha, NE 68135 | 07/2018-Present |

**Attachment 26D**

| Name | Address |
|------|---------|
| Panorama Point Partners LLC | 13030 Pierce Street, Suite 300, Omaha, NE 68144 |
| Access Bank | 2710 South 140th Street, Omaha, NE 68144 |