**Fill in this information to identify the case:**

Debtor name      **Eat Fit Go Healthy Foods, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)    **18-81127**

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 19, 2018**          X **/s/ Brock Hubert**
                                               Signature of individual signing on behalf of debtor

                                               **Brock Hubert**
                                               Printed name

                                               **CEO**
                                               Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Eat Fit Go Healthy Foods, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEBRASKA

Case number (if known)  **18-81127**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Access Bank** | **Checking** | **8476** | $419,490.95 |
| 3.2. | **Access Bank** | **Checking** | **8203** | $96,918.03 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $516,408.98 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.  **Accounts receivable**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **Eat Fit Go Healthy Foods, LLC**                Case number *(If known)* **18-81127**
Name

| 11a. 90 days old or less: | 33,897.74 | - | 0.00 | = .... | $33,897.74 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 240,000.00 | - | 120,000.00 | =.... | $120,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $153,897.74 |
|---|

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Eat Fit Go Healthy Foods, LLC**                                    Case number *(If known)*  **18-81127**
　　　　Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Meal Recipies** | **Unknown** | | **Unknown** |
| 61. **Internet domain names and websites** **Eatfitgo.com, email domains, related products.** | **Unknown** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** **Corporate Goodwill** | **Unknown** | | **Unknown** |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| Debtor | **Eat Fit Go Healthy Foods, LLC** | Case number *(If known)* **18-81127** |
|---|---|---|
| | Name | |

76.      **Trusts, equitable or future interests in property**

77.      **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

         **Sinage**                                           **$17,205.32**

---

78.      **Total of Part 11.**

         Add lines 71 through 77. Copy the total to line 90.

                                          **$17,205.32**

79.      **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Eat Fit Go Healthy Foods, LLC** | Case number *(If known)* **18-81127** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $516,408.98 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $153,897.74 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $17,205.32 | |
| 91. **Total.** Add lines 80 through 90 for each column | $687,512.04 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $687,512.04 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Eat Fit Go Healthy Foods, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEBRASKA

Case number (if known)   **18-81127**

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1   Access Bank**<br>Creditor's Name<br><br>**8712 West Dodge Road**<br>**Omaha, NE 68114**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**All Assets**<br><br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | **$700,000.00** | **Unknown** |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$700,000.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name __**Eat Fit Go Healthy Foods, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF NEBRASKA__

Case number (if known) __**18-81127**__

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aaron McKeever**
**8240 Keystone Drive**
**Omaha, NE 68130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ADP**
**One ADP Boulevard**
**Roseland, NJ 07068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AMC Enterprises, LLC**
**8240 Keystone Drive**
**Omaha, NE 68134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**American Express Copmany, Corporate Serv**
**AESC-P1**
**20022 N 31st Ave, Mail Code AZ-08-03-1**
**Phoenix, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No   ☐ Yes

| Debtor | **Eat Fit Go Healthy Foods, LLC** | Case number (if known) | **18-81127** |
|---|---|---|---|
| | Name | | |

---

**3.5**

**Nonpriority creditor's name and mailing address**

**Chacon Gonzalez, Rolando**
**2508 W Elm St #220**
**Phoenix, AZ 85017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6**

**Nonpriority creditor's name and mailing address**

**Cincinnati Insurance Company**
**PO Box 145620**
**Cincinnati, OH 45250-5620**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7**

**Nonpriority creditor's name and mailing address**

**CNA Insurance / Continental Casualty Com**
**333 S. Wabash Ave**
**Chicago, IL 60604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8**

**Nonpriority creditor's name and mailing address**

**Cutthroat Print**
**11429 Davenport St**
**Omaha, NE 68154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$46.01**

---

**3.9**

**Nonpriority creditor's name and mailing address**

**Distribution Market Advantage**
**Distribution Market Advantage, Inc., 151**
**Schaumburg, IL 60173**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.10**

**Nonpriority creditor's name and mailing address**

**DKAH LLC**
**18466 Adams St, Omaha, NE 68135**
**Omaha, NE 68135**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.11**

**Nonpriority creditor's name and mailing address**

**DLR**
**DLR Group inc., 6457 Frances St., Suite**
**Omaha, NE 68106**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Page 2 of 9**

Best Case Bankruptcy

| Debtor | **Eat Fit Go Healthy Foods, LLC** | Case number (if known) | **18-81127** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,265.97** |
|---|---|---|---|

**Dvorak Law Group**
c/o David Dvorak
13625 California St., Suite 110
Omaha, NE 68154

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**E FIT G KRNY, L.L.C.**
2707 2nd Ave Suite D
Kearney, NE 68845

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eat Healthy, LLC**
1304 Riverside Blvd Norfolk, Ne 68701
Norfolk, NE 68701

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**EFG Distribution, LLC**
10201 W Bluff Rd
Malcom, NE 68402

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**EFGP LLC**
5005 S 135th St #3230 Omaha NE 68137 (pe
St. Joseph, MO 64506

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**EFGroupATL, LLC**
450 Regency Parkway, Suite 120
Omaha, NE 68114

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Execupay**
14301 FNB Pkwy. Suite 204
Omaha, NE 68154

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Eat Fit Go Healthy Foods, LLC | Case number (if known) | 18-81127 |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fast Signs**
**751 N. 114th Street**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Four Sons LLC**
**23057 Bella Cir.**
**Glennwood, IA 51534**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Go Madik 1 LLC**
**PO Box 21432**
**Overland Park, KS 66283**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Google G Suite**
**1600 Amphitheater Pkwy.**
**Mountain View, CA 94043**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Halo Banded Solutions, Inc.**
**Attn: John Campbell, Director of Corpora**
**1980 Industrial Drive**
**Sterling, IL 61081**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hamilton Heights Inc.**
**17730 South Reflection Avenue**
**Bennington, NE 68007**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Hurst Holding Company, LLC**
**2217 S 218th St**
**Elkhorn, NE 68022**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Eat Fit Go Healthy Foods, LLC** | | Case number (if known) | **18-81127** |
|---|---|---|---|---|
| | Name | | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Husker Power Enterprises, LLC**
**1101 Grindstone Pkwy #106**
**Columbia, MO 65201**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**International Spices**
**1040 Lucius St.**
**Fremont, NE 68025**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**iThinkFit**
**c/o Brodkey Peebles Belmont & Line**
**10855 W. Dodge Rd., Suite 100**
**Omaha, NE 68154**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**JJ&D Enterprises, LLC**
**636 N 137th Ave.**
**Omaha, NE 68154**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**JQ Office**
**3350 North 90th Street**
**Omaha, NE 68134**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,304.67**

**Kutak Rock**
**c/o General Counsel**
**1650 Farnam Street**
**Omaha, NE 68102**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Liberty Mutual**
**9450 Seward Rd.**
**Fairfield, OH 45014-5456**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eat Fit Go Healthy Foods, LLC** | | Case number (if known) | **18-81127** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,138.45 |
|---|---|---|---|

**Lutz**
13616 California St Ste 300
Omaha, NE 68154-5336

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MVU Properties, LLC**
17730 S Reflection Ave
Bennington, NE 68007

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Olo**
26 Broadway, 24th Floor
New York, NY 10004

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**OmaStings, LLC**
450 Regency Parkway, Suite 340
Omaha, NE 68114

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Penske (lease)**
2675 Morgantown Road
Reading, PA 19607

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Persolvent**
940 Hastings Ave
St Paul Park, MN 55071

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Postmates**
51 Federal St.
San Francisco, CA 94107

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Eat Fit Go Healthy Foods, LLC** | Case number (if known) | **18-81127** |
|---|---|---|---|
| | Name | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Revel**
**303 Second St, North Tower, Suite 550**
**San Francisco, CA 94107**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Rigel Airport Services**
**4501 Abbot Drive**
**Omaha, NE 68110**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**RK Fitfoods, Inc.**
**558 E. Castle Pines Pkwy, B-4324**
**Castle Rock, CO 80108**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,000.00** |

**Rob McCutcheons**
**2041 W Homer St**
**Chicago, IL 60647**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Rob McCutcheons**
**2041 W Homer St**
**Chicago, IL 60647**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Ruge EFG**
**15950 West Dodge Road, Suite 300**
**Omaha, NE 68118**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Sam Vakhidov**
**2325 S. 165th**
**Omaha, NE 68134**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eat Fit Go Healthy Foods, LLC** | Case number (if known) | **18-81127** |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**SEI Access**
**2238 S 156 Cir.**
**Omaha, NE 68130**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**SEI Alarm**
**2238 S 156 Cir.**
**Omaha, NE 68130**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**TELLthefuture LLC**
**636 N 137th Ave.**
**Omaha, NE 68154**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tsys**
**One Tsys Way**
**Columbus, GA 31901-4222**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Uber**
**1455 Market Street, Suite 400**
**San Francisco, CA 94103**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **E FIT G KRNY, L.L.C.** **2707 2nd Ave Suite D** **Kearney, NE 68845** | Line **3.13**  ☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $    0.00 |

Debtor    **Eat Fit Go Healthy Foods, LLC**                                    Case number (if known)    **18-81127**
          _____
          Name

**5b. Total claims from Part 2**                                              5b.   +   $              58,755.10

**5c. Total of Parts 1 and 2**                                                5c.       $              58,755.10
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name      **Eat Fit Go Healthy Foods, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)    **18-81127**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Trade Contract - Payroll** |
| State the term remaining — **Month to Month** | **ADP** |
| List the contract number of any government contract | **One ADP Boulevard** **Roseland, NJ 07068** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement Chadron EFGAZ L.L.C - 6360 N Campbell Ave** |
| State the term remaining | **Chadron EFGAZ LLC** |
| List the contract number of any government contract | **8323 S. Shannon Rd.** **#7107** **Tuscon, AZ 85742** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement Chadron EFGAZ L.L.C - West Ina Rd.** |
| State the term remaining | **Chadron EFGAZ LLC** |
| List the contract number of any government contract | **8323 S. Shannon Rd.** **#7107** **Tuscon, AZ 85742** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement Chadron EFGAZ L.L.C - Tanque Verde** |
| State the term remaining | **Chadron EFGAZ LLC** |
| List the contract number of any government contract | **8323 S. Shannon Rd.** **#7107** **Tuscon, AZ 85742** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Eat Fit Go Healthy Foods, LLC**

First Name          Middle Name              Last Name

Case number (*if known*)   **18-81127**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Area Development Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **Chadron EFGAZ LLC** |
| | List the contract number of any government contract | | **8323 S. Shannon Rd. #7107 Tuscon, AZ 85742** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Trade Contract** | |
|---|---|---|---|
| | State the term remaining | **Thru 8/31/2022** | **Distribution Market Advantage** |
| | List the contract number of any government contract | | **Distribution Market Advantage, Inc., 151 Schaumburg, IL 60173** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement DKAH LLC - Wichita** | |
|---|---|---|---|
| | State the term remaining | | **DKAH LLC** |
| | List the contract number of any government contract | | **18466 Adams St, Omaha, NE 68135 Omaha, NE 68135** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Trade Contract** | |
|---|---|---|---|
| | State the term remaining | **Approx. 5 months** | **DLR** |
| | List the contract number of any government contract | | **DLR Group inc., 6457 Frances St., Suite Omaha, NE 68106** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement E FIT G KRNY, L.L.C. - Kearney** | |
|---|---|---|---|
| | State the term remaining | | **E FIT G KRNY, L.L.C.** |
| | List the contract number of any government contract | | **2707 2nd Ave Suite D Kearney, NE 68845** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement EFG Distribution, LLC - Lincoln 1** | |
|---|---|---|---|
| | State the term remaining | | **EFG Distribution, LLC** |
| | List the contract number of any | | **10201 W Bluff Rd Malcom, NE 68402** |

| Debtor 1 | **Eat Fit Go Healthy Foods, LLC** | | Case number (*if known*) | **18-81127** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement EFG Distribution, LLC - Lincoln 2** | |
|---|---|---|---|
| | State the term remaining | | **EFG Distribution, LLC 10201 W Bluff Rd Malcom, NE 68402** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement EFGP LLC - St. Joeseph** | |
|---|---|---|---|
| | State the term remaining | | **EFGP LLC 5005 S 135th St #3230 Omaha NE 68137 (pe St. Joseph, MO 64506** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement EFGroupATL, LLC - 2980 Cobb Pkwy** | |
|---|---|---|---|
| | State the term remaining | | **EFGroupATL, LLC 450 Regency Parkway, Suite 120 Omaha, NE 68114** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement EFGroupATL, LLC - 5530 Windward Pkwy** | |
|---|---|---|---|
| | State the term remaining | | **EFGroupATL, LLC 450 Regency Parkway, Suite 120 Omaha, NE 68114** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement EFGroupATL, LLC - 5840 Roswell Rd** | |
|---|---|---|---|
| | State the term remaining | | **EFGroupATL, LLC 450 Regency Parkway, Suite 120 Omaha, NE 68114** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Area Development Agreement.** | **EFGroupATL, LLC 450 Regency Parkway, Suite 120 Omaha, NE 68114** |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Eat Fit Go Healthy Foods, LLC**                                              Case number (*if known*)   **18-81127**
   First Name           Middle Name           Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining |  |
|---|---|---|
|  | List the contract number of any government contract |  |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Trade Contract** |  |
|---|---|---|---|
|  | State the term remaining | **Unknown** | **Execupay** |
|  | List the contract number of any government contract |  | **14301 FNB Pkwy. Suite 204**<br>**Omaha, NE 68154** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement Four Sons, LLC - Council Bluffs** |  |
|---|---|---|---|
|  | State the term remaining |  | **Four Sons LLC** |
|  | List the contract number of any government contract |  | **23057 Bella Cir.**<br>**Glennwood, IA 51534** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement Go Madik 1 LLC - Shawnee** |  |
|---|---|---|---|
|  | State the term remaining |  | **Go Madik 1 LLC** |
|  | List the contract number of any government contract |  | **PO Box 21432**<br>**Overland Park, KS 66283** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Trade Contract** |  |
|---|---|---|---|
|  | State the term remaining | **THrough 11/02/2019** | **Google G Suite** |
|  | List the contract number of any government contract |  | **1600 Amphitheater Pkwy.**<br>**Mountain View, CA 94043** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Trade Contract** |  |
|---|---|---|---|
|  | State the term remaining | **Approx. 24 months** | **Halo Banded Solutions, Inc.** |
|  | List the contract number of any government contract |  | **Attn: John Campbell, Director of Corpora**<br>**1980 Industrial Drive**<br>**Sterling, IL 61081** |

| Debtor 1 | **Eat Fit Go Healthy Foods, LLC** | | Case number (*if known*) | **18-81127** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.22.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Area Development Agreement.**

**Hamilton Heights Inc.
17730 South Reflection Avenue
Bennington, NE 68007**

---

**2.23.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Franchise Agreement Husker Power Enterprises, LLC - Columbia**

**Husker Power Enterprises, LLC
1101 Grindstone Pkwy #106
Columbia, MO 65201**

---

**2.24.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Area Development Agreement.**

**Husker Power Enterprises, LLC
1101 Grindstone Pkwy #106
Columbia, MO 65201**

---

**2.25.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Franchise Agreement JJ&D Enterprises, LLC - Lawrence**

**JJ&D Enterprises, LLC
636 N 137th Ave.
Omaha, NE 68154**

---

**2.26.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Trade Contract**

**Approx. 22 Months**

**JQ Office
3350 North 90th Street
Omaha, NE 68134**

---

**2.27.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

**Franchise Agreement mvu Properties, LLC - Sioux Falls SD 1**

**MVU Properties, LLC
17730 S Reflection Ave
Bennington, NE 68007**

---

| Debtor 1 | **Eat Fit Go Healthy Foods, LLC** | | Case number *(if known)* | **18-81127** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |  |
|---|---|---|---|
| | government contract | | |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement MVU Properties, LLC - Sioux Falls SD 2** | |
| | State the term remaining | | **MVU Properties, LLC** |
| | List the contract number of any government contract | | **17730 S Reflection Ave Bennington, NE 68007** |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Trade Contract** | |
| | State the term remaining | **34 Months** | **Olo** |
| | List the contract number of any government contract | | **26 Broadway, 24th Floor New York, NY 10004** |
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Franchisee Agreement / OmaStings - 7135 E. Camelback Rd.** | |
| | State the term remaining | | **OmaStings, LLC** |
| | List the contract number of any government contract | | **450 Regency Parkway, Suite 340 Omaha, NE 68114** |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement OmaStings - 18529 N Scottsdale Rd.** | |
| | State the term remaining | | **OmaStings, LLC** |
| | List the contract number of any government contract | | **450 Regency Parkway, Suite 340 Omaha, NE 68114** |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement OmaStings - 4325 East Indian School Rd.** | |
| | State the term remaining | | **OmaStings, LLC** |
| | List the contract number of any government contract | | **450 Regency Parkway, Suite 340 Omaha, NE 68114** |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement OmaStings, LLC - 4050 S. Alma School Rd.** | **OmaStings, LLC 450 Regency Parkway, Suite 340 Omaha, NE 68114** |

Debtor 1    **Eat Fit Go Healthy Foods, LLC**

First Name        Middle Name        Last Name

Case number *(if known)*    **18-81127**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Area Development Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **OmaStings, LLC** |
| | List the contract number of any government contract | | **450 Regency Parkway, Suite 340** |
| | | | **Omaha, NE 68114** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Truck Leases** | |
|---|---|---|---|
| | State the term remaining | **Approx. 55 Months** | **Penske Truck Leasing** |
| | List the contract number of any government contract | | **PO Box 802577** |
| | | | **Chicago, IL 60680-2577** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Approx. 55 months** | **Penske Truck Leasing** |
| | List the contract number of any government contract | | **PO Box 802577** |
| | | | **Chicago, IL 60680-2577** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Trade Contract** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Persolvent** |
| | List the contract number of any government contract | | **940 Hastings Ave** |
| | | | **St Paul Park, MN 55071** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Trade Contract** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Postmates** |
| | List the contract number of any government contract | | **51 Federal St.** |
| | | | **San Francisco, CA 94107** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Eat Fit Go Healthy Foods, LLC** | | Case number *(if known)* | **18-81127** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Trade Contract** | |
|---|---|---|---|
| | State the term remaining | **Approx. 36 Months** | **Revel** |
| | List the contract number of any government contract | | **303 Second St, North Tower, Suite 550** **San Francisco, CA 94107** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Trade Contract** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Rigel Airport Services** |
| | List the contract number of any government contract | | **4501 Abbot Drive** **Omaha, NE 68110** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Franchisee Agreement RK FitFoods, Inc. - 15735 E. Arapahoe Rd.** | |
|---|---|---|---|
| | State the term remaining | | **RK Fitfoods, Inc.** |
| | List the contract number of any government contract | | **558 E. Castle Pines Pkwy, B-4324** **Castle Rock, CO 80108** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Area Development Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **RK Fitfoods, Inc.** |
| | List the contract number of any government contract | | **558 E. Castle Pines Pkwy, B-4324** **Castle Rock, CO 80108** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Trade Contract** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Rob McCutcheons** |
| | List the contract number of any government contract | | **2041 W Homer St** **Chicago, IL 60647** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Trade Contract** | |
|---|---|---|---|
| | State the term remaining | **Approx. 33 Months** | **SEI Access** |
| | List the contract number of any | | **2238 S 156 Cir.** **Omaha, NE 68130** |

| Debtor 1 | **Eat Fit Go Healthy Foods, LLC** | | Case number *(if known)* | **18-81127** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Trade Contract** | |
|---|---|---|---|
| | State the term remaining | **Approx. 34 Months** | **SEI Alarm** |
| | List the contract number of any government contract | | **2238 S 156 Cir.** **Omaha, NE 68130** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement TELLthefuture LLC - Springfield** | |
|---|---|---|---|
| | State the term remaining | | **TELLthefuture LLC** |
| | List the contract number of any government contract | | **636 N 137th Ave.** **Omaha, NE 68154** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Area Development Agreement.** | |
|---|---|---|---|
| | State the term remaining | | **TELLthefuture LLC** |
| | List the contract number of any government contract | | **636 N 137th Ave.** **Omaha, NE 68154** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Trade Contract** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Tsys** |
| | List the contract number of any government contract | | **One Tsys Way** **Columbus, GA 31901-4222** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Trade Contract** | |
|---|---|---|---|
| | State the term remaining | **Approx. 1 month** | **Uber** |
| | List the contract number of any government contract | | **1455 Market Street, Suite 400** **San Francisco, CA 94103** |

**Fill in this information to identify the case:**

Debtor name    **Eat Fit Go Healthy Foods, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)    **18-81127**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Aaron McKeever** | **8240 Keystone Drive**<br>**Omaha, NE 68130** | **Access Bank** | ■ D    **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Eat Flt Go**<br>**Healthy Foods -**<br>**Omaha, LLC** | **8877 S. 137th Cir**<br>**Suite 1**<br>**Omaha, NE 68138** | **Access Bank** | ■ D    **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.3  **Eat Fit Go**<br>**Healthy Foods**<br>**Minnesota, LLC** | **8877 S. 137th Cir**<br>**Suite 1**<br>**Omaha, NE 68138** | **Access Bank** | ■ D    **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.4  **Eat Fit Go**<br>**Minnesota**<br>**Kitchen, LLC** | **8877 S. 137th Cir**<br>**Suite 1**<br>**Omaha, NE 68138** | **Access Bank** | ■ D    **2.1**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Eat Fit Go Healthy Foods, LLC** | Case number *(if known)* | **18-81127** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5 | **Eat Flt Go Omaha Kitchen, LLC** | 8877 S. 137th Cir Suite 1 Omaha, NE 68138 | **Access Bank** | ■ D   2.1 ☐ E/F _____ ☐ G _____ |
| 2.6 | **Sam Vakhidov** | 2325 S. 165th Omaha, NE 68134 | **Access Bank** | ■ D   2.1 ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **Eat Fit Go Healthy Foods, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEBRASKA

Case number (if known)    **18-81127**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$145,000.00** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$850,000.00** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$235,089.60** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | **Interest / Royalty Income** | **$282,363.25** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | **Interest / Royalty Income** | **$818.99** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | **Interest / Royalty Income** | **$2,496.97** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                                Best Case Bankruptcy

| Debtor | **Eat Fit Go Healthy Foods, LLC** | Case number *(if known)* **18-81127** |
|---|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See Attachment 3** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **See Attachment 4** | | **$0.00** | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Heath Murray v. Aaron McKeever et al.**<br>**16-8452** | **Civil Litigation** | **Distict Court of Douglas County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **2**

| Debtor | **Eat Fit Go Healthy Foods, LLC** | Case number *(if known)* **18-81127** |
|---|---|---|

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

### Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Stinson Leonard Street**<br>**1299 Farnam Street**<br>**Suite 1500**<br>**Omaha, NE 68102** | | | |
| | | | **7/25/2018** | **$43,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

Debtor    **Eat Fit Go Healthy Foods, LLC**                                                                Case number (if known)   **18-81127**

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **See Attachment 13 and 30** | | | **$0.00** |
| | Relationship to debtor | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

---

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 4

Debtor    **Eat Fit Go Healthy Foods, LLC**                                   Case number *(if known)*   **18-81127**

---

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Eat Fit Go Healthy Foods, LLC** | Case number *(if known)* **18-81127** |
|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.   **See Attachment 26A** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26b.1.   **See Attachment 26B** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are
unavailable, explain why |
|---|---|
| 26c.1.   **See Attachment 26C** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **See Attachment 26D** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the
inventory | Date of inventory | The dollar amount and basis (cost, market,
or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor    **Eat Fit Go Healthy Foods, LLC**                    Case number *(if known)* **18-81127**

in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sam Vakhidov** | **2325 S. 165th Omaha, NE 68134** | **Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Aaron McKeever** | **8240 Keystone Drive Omaha, NE 68130** | **Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Panorama Point Partners, LLC** | **13030 Pierce St Ste 300 Omaha, NE 68144** | **Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jennifer Cain** | **2325 S. 218th Ave Elkhorn, NE 68022** | **CEO** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Sam Vakhidov** | **2325 S. 165th Omaha, NE 68134** | **CEO** | **02/17-10/17** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Jennifer Cain** | **2325 S. 218th Ave Elkhorn, NE 68022** | **CEO** | **11/17-07/18** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See Attachment 13 and 30** | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

Debtor    **Eat Fit Go Healthy Foods, LLC**                                          Case number *(if known)*  **18-81127**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  |  |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  |  |

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**September 19, 2018**___

**/s/ Brock Hubert**                                          **Brock Hubert**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

2:37 PM
08/28/18

Case 18-81127-TLS   Doc 76   Filed 09/19/18   Entered 09/19/18 14:51:11   Desc Main
**EFG Franchisor**
**Transaction List by Vendor**
Document   Page 36 of 43
**May through July 2018**

### EAT FIT GO HEALTHY FOODS, LLC

| Name | Type | Date | Address | Memo | Amount |
|------|------|------|---------|------|--------|
| **First Insurance** | | | | | |
| | Check | 05/14/2018 | | FIRST INSURANCE INSURANCE XXX-XXX1141 | $ 5,662.44 |
| | Check | 06/12/2018 | | FIRST INSURANCE INSURANCE XXX-XXX1141 | $ 5,662.44 |
| | Check | 07/12/2018 | | FIRST INSURANCE INSURANCE XXX-XXX1141 | $ 5,662.44 |
| **JHUSA Payments** | | | | | |
| | Check | 05/11/2018 | | JHUSA PAYMENTS 106081075926 | $ 568.00 |
| **SERVICE CHARGE** | | | | | |
| | Check | 05/31/2018 | | SERVICE CHARGE | $ 10.00 |
| | Check | 07/31/2018 | | SERVICE CHARGE | $ 10.00 |

**EFG Franchisor**
**Transaction List by Vendor**
**May through July 2018**

### EAT FIT GO HEALTHY FOODS, LLC - ATTACMENT 3

| Name | Type | Date | Address | Memo | Amount |
|------|------|------|---------|------|--------|
| **First Insurance** | | | | | |
| | Check | 05/14/2018 | | FIRST INSURANCE INSURANCE XXX-XXX1141 | $ 5,662.44 |
| | Check | 06/12/2018 | | FIRST INSURANCE INSURANCE XXX-XXX1141 | $ 5,662.44 |
| | Check | 07/12/2018 | | FIRST INSURANCE INSURANCE XXX-XXX1141 | $ 5,662.44 |
| **JHUSA Payments** | | | | | |
| | Check | 05/11/2018 | | JHUSA PAYMENTS 106081075926 | $ 568.00 |
| **SERVICE CHARGE** | | | | | |
| | Check | 05/31/2018 | | SERVICE CHARGE | $ 10.00 |
| | Check | 07/31/2018 | | SERVICE CHARGE | $ 10.00 |

### EAT FIT GO HEALTHY FOODS LLC - ATTACHMENT 4

| Name | Relationship to Debtor | Date | Amount | Reason |
|------|------------------------|------|--------|--------|
| Aaron McKeever | Member | 8/2/17 | $17,068.87 | Transfer to 2174 |
| Aaron McKeever | Member | 11/21/17 | $13,326.24 | Transfer to 2174 |
| Aaron McKeever | Member | 11/08/2017 | $7,500.00 | Unknown |
| | | | | |
| Sam Vakhidov | Member | 8/2/17 | $17,068.87 | Transfer to 5267 |
| Sam Vakhidov | Member | 11/21/17 | $13,326.24 | Transfer to 5267 |

## EAT FIT GO HEALTY FOODS LLC - ATTACHMENT 4

| Name | Address | Relationship to Debtor | Description on payment | Date | Amount |
|------|---------|-----------------------|------------------------|------|--------|
| Aaron McKeever | | Member | Transfer to XXXX2174 | 04/19/2016 | $4,100.00 |
| Aaron McKeever | | Member | Transfer to XXXX2174 | 04/24/2016 | $4,100.00 |
| Aaron McKeever | | Member | Transfer to XXXX2174 | 05/16/2016 | $4,100.00 |
| Aaron McKeever | | Member | Transfer to XXXX2174 | 06/15/2016 | $4,100.00 |
| Aaron McKeever | | Member | Transfer to XXXX2174 | 06/15/2016 | $25,000.00 |
| Aaron McKeever | | Member | Transfer to XXXX2174 | 06/29/2016 | $100,000.00 |
| Aaron McKeever | | Member | Transfer to XXXX2174 | 07/11/2016 | $25,000.00 |
| Aaron McKeever | | Member | Transfer to XXXX2174 | 07/13/2016 | $4,100.00 |
| Aaron McKeever | | Member | Transfer to XXXX2174 | 07/27/2016 | $25,000.00 |
| Aaron McKeever | | Member | Transfer to XXXX2174 | 08/12/2016 | $25,095.00 |
| Aaron McKeever | | Member | Loan Payment | 08/15/2016 | $3,796.87 |
| Aaron McKeever | | Member | Transfer to XXXX2174 | 08/15/2016 | $4,100.00 |
| Aaron McKeever | | Member | Transfer to XXXX2174 | 08/18/2016 | $10,000.00 |
| Aaron McKeever | | Member | Aaron McKeever | 09/01/2016 | $87,500.00 |
| Aaron McKeever | | Member | Transfer to XXXX2174 | 10/17/2016 | $4,100.00 |
| Aaron McKeever | | Member | Transfer to XXXX2174 | 11/15/2016 | $4,100.00 |
| Aaron McKeever | | Member | Transfer to XXXX2174 | 12/14/2016 | $4,100.00 |
| Aaron McKeever | | Member | Aksarben TI Check | 05/17/2017 | $21,421.00 |
| Aaron McKeever | | Member | Reinhart Rebate Check | 05/18/2017 | $24,810.12 |
| | | | | | |
| Sam Vakhidov | | Member | Tash Invest, LLC | 05/01/2016 | $62,500.00 |
| Sam Vakhidov | | Member | Tash Invest, LLC | 07/11/2016 | $150,000.00 |
| Sam Vakhidov | | Member | Transfer to XXXX5267 | 07/27/2016 | $25,000.00 |
| Sam Vakhidov | | Member | Transfer to XXXX5267 | 08/12/2016 | $25,095.00 |
| Sam Vakhidov | | Member | Transfer to XXXX5267 | 08/18/2016 | $10,000.00 |
| Sam Vakhidov | | Member | Transfer to XXXX5267 | 09/01/2016 | $87,500.00 |
| Sam Vakhidov | | Member | Tash Invest, LLC | 09/14/2016 | $20,500.00 |
| Sam Vakhidov | | Member | Aksarben TI Check | 05/17/2017 | $21,421.00 |
| Sam Vakhidov | | Member | Reinhart Rebate Check | 05/18/2017 | $24,810.12 |
| | | | | | |
| Panorama Point | | Member | 2016 Q1 | 6/1/16 | $12,500.00 |
| Panorama Point | | Member | 2016 Dist | 3/22/17 | $139,440.80 |
| Panorama Point | | Member | 2017 Q3 | 6/29/17 | $12,500.00 |

**Attachment 26A**

| Name | Address | Dates of Service |
|---|---|---|
| CFO Systems, LLC | 10832 Old Mill Rd #2, Omaha, NE 68154 | 7/17-12/17, 5/18-6/18 |
| Steier & Prchal, Ltd. | 1015 N. 98th Street, Suite 100, Omaha, NE 68114 | 12/2015-09/2017 |
| Lutz | 13616 California Street, Suite 300, Omaha, NE 68154 | 12/2017-07/2018 |
| Amy Staley | 14516 Fowler Avenue, Omaha, NE 68116 | 01/2017-05/2018 |
| Whitney Ivanova | 7315 Stafford Drive, Council Bluffs, IA 51503 | 05/2018-Present |
| Brooke Hogan | 5621 N 112th Circle, Omaha, NE 68164 | 08/2016-Present |
| Chancy Johnson | 1903 Oriole Drive, Bellevue, NE 68123 | 05/2018-Present |
| Sydni Bechler | 11101 M St, Apt #101, Omaha, NE 68137 | 03/2017-02/2018 |
| Mike Morgan | 5615 S. 174th Street, Omaha, NE 68135 | 07/2018-Present |

**Attachment 26B**

| Name | Address | Dates of Service |
| --- | --- | --- |
| CFO Systems, LLC | 10832 Old Mill Rd #2, Omaha, NE 68154 | 07/2017-12/2017 |
| Steier & Prchal, Ltd. | 1015 N. 98th Street, Suite 100, Omaha, NE 68114 | 12/2015-09/2017 |
| Lutz | 13616 California Street, Suite 300, Omaha, NE 68154 | 12/2017-07/2018 |
| Brooke Hogan | 5621 N 112th Circle, Omaha, NE 68164 | 08/2016-Present |

### Attachment 26C

| Name | Address | Dates of Service |
|---|---|---|
| Lutz | 13616 California Street, Suite 300, Omaha, NE 68154 | 12/2017-07/2018 |
| Whitney Ivanova | 7315 Stafford Drive, Council Bluffs, IA 51503 | 05/2018-Present |
| Brooke Hogan | 5621 N 112th Circle, Omaha, NE 68164 | 08/2016-Present |
| Chancy Johnson | 1903 Oriole Drive, Bellevue, NE 68123 | 05/2018-Present |
| Mike Morgan | 5615 S. 174th Street, Omaha, NE 68135 | 07/2018-Present |

**Attachment 26D**

| Name | Address |
| --- | --- |
| Panorama Point Partners LLC | 13030 Pierce Street, Suite 300, Omaha, NE 68144 |
| Access Bank | 2710 South 140th Street, Omaha, NE 68144 |