**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| In re: | Chapter 11 |
| EAT FIT GO HEALTHY FOODS, LLC, | Case No. 18-81127-TLS |
| Debtor. | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

    PLEASE TAKE NOTICE that Kohner, Mann & Kailas, S.C. ("KMK") is counsel for Reinhart FoodService, LLC, a creditor in the case of Eat Fit Go Healthy Foods, LLC, *et al*. KMK requests that it receive, in addition to notice of matters set forth in Rule 2002, all notices issued in the above captioned case after the date of this Notice; and KMK further requests a copy of all documents filed in the above captioned case after the date of this Notice, including but not limited to motions and other pleadings, stipulations, settlement agreements or orders of any kind.

    KMK further requests that the Debtor and Clerk of the United States Bankruptcy Court place the following name and address on the master mailing matrix and any abbreviated service list in the above captioned proceeding:

        Kohner, Mann & Kailas, S.C.
        Attn: Samuel C. Wisotzkey
        Washington Building
        Barnabas Business Center
        4650 North Port Washington Road
        Milwaukee, WI  53212-1059

Dated: September 20, 2018.

        KOHNER, MANN & KAILAS, S.C.
        Attorneys for Reinhart FoodService, LLC

        By:    /s/ Devon E. Daughety
            DEVON E. DAUGHETY (WI 1106551)
        Samuel C. Wisotzkey (WI 1029537)
        Washington Building
        Barnabas Business Center

                              4650 North Port Washington Road
                              Milwaukee, WI  53212-1059
                              Telephone (414) 962-5110
                              Facsimile   (414) 962-8725
                              Email: ddaughety@kmksc.com
                              Email: swisotzkey@kmksc.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 20, 2018, she caused the foregoing to be electronically filed with the Clerk of the Court using the ECF system that will send notification of such filing to the parties indicated on the Notice of Electronic Filing.

By: /s/ Devon E. Daughety
DEVON E. DAUGHETY (WI 1106551)
Samuel C. Wisotzkey (WI 1029537)
KOHNER, MANN & KAILAS, S.C.
Washington Building
Barnabas Business Center
4650 North Port Washington Road
Milwaukee, WI  53212-1059
Telephone (414) 962-5110
Facsimile  (414) 962-8725
Attorneys for Reinhart FoodService, LLC