# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF ) | Case No. BK 17-81127-TLS |
| ) | |
| EAT FIT GOT HEALTHY FOODS, LLC et al[1] ) | Chapter 11 |
| ) | |
| Debtors. ) | |

## NOTICE OF EFFECTIVENESS OF REJECTION OF UNEXPIRED LEASE

The Undersigned hereby provides notice that, pursuant to the Court's *Order Granting Omnibus Motion to Reject Unexpired Leases* (Filing No. 55), Debtors effectuated the rejection of their unexpired lease with the Marietta Macaroni Company, LLC on the 10th day of October, 2018.

EAT FIT GOT HEALTHY FOODS, LLC et al, **Debtors**

By: */s Patrick R. Turner*
Patrick R. Turner (#23461)
Stinson Leonard Street, LLP
1299 Farnam Street, Suite 1500
Omaha, NE 68102
Tel. No. (402) 342-1700
Fax No. (402) 342-1701
Patrick.turner@stinson.com

---

[1] Debtors in this case include: Eat Fit Go Omaha Kitchen, LLC, Eat Fit Go Kansas City Kitchen, LLC, Eat Fit Go Georgia Kitchen, LLC, Eat FIt Go Arizona Kitchen, LLC, Eat Fit Go Healthy Foods - Des Moines, LLC, Eat Fit Go Healthy Foods - Kansas City, LLC, EFG Shared Services, LLC (No Rev), Eat Fit Go Healthy Foods - Omaha, LLC, and Eat Fit Go Healthy Foods - Minnesota, LLC.