# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-81127-TLS |
| EAT FIT GOT HEALTHY FOODS, LLC ) | |
| et al[1] ) | Chapter 11 |
| ) | |
| Debtors. ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL
## FOR DEBTOR

Katherine A. Rosenblatt, of Stinson Leonard Street LLP hereby notifies the Court and opposing counsel of her withdrawal as counsel of record for Debtor.

*Respectfully submitted,*

**STINSON LEONARD STREET LLP**

*/s/ Katherine Rosenblatt*
Katherine Rosenblatt, MO #69885
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Telephone: (816) 691-3119
E-mail: katherine.rosenblatt@stinson.com

*Counsel for Debtor*

148854369.1

## CERTIFICATE OF SERVICE

I certify that on November 13, 2018, the above Notice was electronically filed utilizing the Court's e-filing system, which sent notification to all registered attorneys of record.

                                    */s/ Katherine Rosenblatt*
                                    *Counsel for Debtor*

148854369.1