# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: | ) |
| | ) Case no. 18-81127 |
| EAT FIT GOT HEALTHY FOODS, LLC et al[1] | ) |
| | ) Chapter 11 |
| Debtor. | ) |

## REQUEST FOR WAIVER OF LOCAL RULE 9013-1

COME NOW the above-captioned Debtors, by and through their counsel of record, and request a waiver of Local Rule 9013-1, requiring notice and an opportunity to object, relating to the Debtors' Motion for Withdrawal of Attorney Katherine Rosenblatt (the "Withdrawal Motion").

On November 13, 2018, Debtors filed the Withdrawal Motion, requesting the withdrawal of attorney Katherine Rosenblatt as counsel for Debtors. Per Local Rule 9013-1, parties-in-interest are given a twenty-one day period to object to the Withdrawal Motion. However, as the Debtors will continue to be represented by Patrick Turner, the Debtors request that this objection period be waived and the Court grant the relief requested in the Withdrawal Motion as soon as possible.

WHEREFORE, the Debtors respectfully request a waiver of Local Rule 9013-1 relating to the Withdrawal Motion and entry of an order granting the Withdrawal Motion and granting such other and further relief as is just and proper.

**Eat Fit Go Healthy Foods, LLC Debtor**

By: _/s Patrick R. Turner_
    Patrick R. Turner (#23461)
    Stinson Leonard Street, LLP
    1299 Farnam Street, Suite 1500
    Omaha, NE 68102
    Tel. No. (402) 342-1700
    Fax No. (402) 342-1701

---

[1] The Debtors in this case include: Eat Fit Go Omaha Kitchen, LLC, Eat Fit Go Kansas City Kitchen, LLC, Eat Fit Go Georgia Kitchen, LLC, Eat FIt Go Arizona Kitchen, LLC, Eat Fit Go Healthy Foods - Des Moines, LLC, Eat Fit Go Healthy Foods - Kansas City, LLC, EFG Shared Services, LLC (No Rev), Eat Fit Go Healthy Foods - Omaha, LLC, and Eat Fit Go Healthy Foods - Minnesota, LLC.

IN THE MATTER OF
Eat Fit Go Healthy Foods, LLC
Case No. BK 17-81127
9013 Notice

Patrick.turner@stinson.com

CORE/3007017.0005/148857808.1