IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF | ) | Case No. BK 17-81127-TLS |
| | ) | |
| EAT FIT GOT HEALTHY FOODS, LLC et al[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

**NOTICE OF FILING AND**
**NOTICE SETTING OBJECTION/RESISTANCE DEADLINE**

TO: ALL PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that Eat Fit Go Healthy Foods, LLC et al., filed their : (i) *Motion To Extend Deadline To Assume Or Reject Certain Unexpired Leases Of Nonresidential Real Property* ("Lease Motion");  (ii) *Motion for Order pursuant to 11 U.S.C. §§ 105(a) and 363, Fed. R. Bank. P. ("Rule") 6004, and Local R. Bank. P. ("Local Rule") 6004-1 Authorizing and Approving the Sale of Certain Assets of Debtor Eat Fit Go Arizona Kitchen, LLC Free and Clear of Liens, Claims, Interests, and Encumbrances* ("Sale Motion"); and (iii) *Motion to Extend Exclusivity Period* ("Exclusivity Motion").

Notice is further given:

1. That the last day to object or resist the Motions is **November 23, 2018**.

2. That if the objection/resistance period expires without the filing of any objection or resistance, the Bankruptcy Court will consider entering an Order approving the Motions without further hearing.

3. If a proper and timely objection is filed to one or more of the Motions, a hearing will held on **November 26, 2018, at 10:00 a.m. central standard time**, at the Roman L. Hruska Courthouse, 111 South 18th Plaza, Bankruptcy Courtroom #8, 2nd Floor, Omaha, NE 68102.  Parties may participate by phone.  The Court will not call any party.  To participate by phone, the following information is provided:

**Toll Free Call In Number:  1-888-684-8852**
**Access Code: 5799715**
**Participant Code: 0804**

A separate notice of hearing prepared by the Court will be served along with this notice.  If there are any differences between this notice and the Notice of Hearing prepared by the Court, the Court's Notice of Hearing will control.

---

[1] Debtors in this case include: Eat Fit Go Omaha Kitchen, LLC, Eat Fit Go Kansas City Kitchen, LLC, Eat Fit Go Georgia Kitchen, LLC, Eat FIt Go Arizona Kitchen, LLC, Eat Fit Go Healthy Foods - Des Moines, LLC, Eat Fit Go Healthy Foods - Kansas City, LLC, EFG Shared Services, LLC (No Rev), Eat Fit Go Healthy Foods - Omaha, LLC, and Eat Fit Go Healthy Foods - Minnesota, LLC.

IN THE MATTER OF
Eat Fit Go Healthy Foods, LLC
Case No. BK 17-81127
9013 Notice

**EAT FIT GOT HEALTHY FOODS, LLC et al, Debtors**

By:   */s Patrick R. Turner*
      Patrick R. Turner (#23461)
      Stinson Leonard Street, LLP
      1299 Farnam Street, Suite 1500
      Omaha, NE 68102
      Tel. No. (402) 342-1700
      Fax No. (402) 342-1701
      Patrick.turner@stinson.com

CORE/3007017.0005/141705095.1