## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF | ) | Case No. BK 18-81127-TLS |
| | ) | |
| EAT FIT GOT HEALTHY FOODS, LLC et al[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

## MOTION FOR ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 363, FED. R. BANK P. 6004, AND LOCAL R. BANK. P. 6004-1 AUTHORIZING AND APPROVING THE SALE OF CERTAIN ASSETS OF FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES

COME NOW Eat Fit Go Healthy Foods, LLC et al., debtors and debtors-in-possession in the above captioned Chapter 11 bankruptcy case ("Debtors"), and in support of their Motion for Order pursuant to 11 U.S.C. §§ 105(a) and 363, Fed. R. Bank. P. ("Rule") 6004, and Local R. Bank. P. ("Local Rule") 6004-1 Authorizing and Approving the Sale of Certain Assets of Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances ("Motion"), state and allege as follows:

### Jurisdiction and Venue

1. On July 31, 2018 (the "Petition Date") Debtors filed 10 separate voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in this Court (the "Related Cases") in the United States Bankruptcy Court for the District of Nebraska (the "Bankruptcy Court").

2. Each Debtor remains in possession of its assets and continues to operate as debtor-in-possession in accordance with 11 U.S.C. §§ 1107 and 1108.

3. An Official Committee of Unsecured Creditors has not yet been appointed in any of the Related Cases.

---

[1] Debtors in this case include: Eat Fit Go Omaha Kitchen, LLC, Eat Fit Go Kansas City Kitchen, LLC, Eat Fit Go Georgia Kitchen, LLC, Eat Fit Go Arizona Kitchen, LLC, Eat Fit Go Healthy Foods - Des Moines, LLC, Eat Fit Go Healthy Foods - Kansas City, LLC, EFG Shared Services, LLC (No Rev), Eat Fit Go Healthy Foods - Omaha, LLC, and Eat Fit Go Healthy Foods - Minnesota, LLC.

149152252.1

IN THE MATTER OF
Eat Fit Go Healthy Foods, LLC
Case No. BK 18-81127
Motion for Order Approving
Sale of Assets Facility Free and Clear

4.   This is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

5.   This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

6.   Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### Debtors' Background

7.   Debtors provide healthy chef-made meals that are high in protein and made fresh daily.  Debtors' business operations offer one stop shopping where a customer can purchase breakfast, lunch, dinner, and snacks that are pre-cooked, pre-portioned and ready-to-eat.

8.   Capitalizing on a growing trend in healthy foods, Debtors opened the first store in February of 2016, in Omaha, NE, and have grown to 33 stores across eight states utilizing a mix of franchised locations and corporate owned stores.  Beyond the rapidly increasing number of storefronts, Debtors plan to expand into e-commerce with a mobile app to facilitate delivery of healthy foods to customers' doors within 24 hours.

### Relation of Debtors

9.   Each of Debtors is a legally separately entity.  With the exception of Eat Fit Go Healthy Foods – Omaha, LLC, each of the other Debtors (the "Subsidiaries") is a wholly-owned subsidiary of Eat Fit Go Healthy Foods, LLC (the "Parent").[2]  Each Debtor plays a unique role in Debtors' ongoing operations, be it as a manger of operations, corporate store, corporate kitchen, or leaseholder. Debtors utilize common branding for their operations.

### Proposed Sale of Assets

10. Debtors seek to obtain the approval for the sale of superfluous assets owned by of Eat Fit Go Healthy Foods - Omaha, LLC, Eat Fit Go Healthy Foods - Kansas City, LLC, Eat Fit Go

---

[2] Parent is the managing member of Eat Fit Go Healthy Foods – Omaha, LLC.

IN THE MATTER OF
Eat Fit Go Healthy Foods, LLC
Case No. BK 18-81127
Motion for Order Approving
Sale of Assets Facility Free and Clear

Healthy Foods - Des Moines, LLC, Eat Fit Go Kansas City Kitchen, LLC, Eat Fit Go Healthy

Foods, LLC.[3]  Both pre- and post-petition, Debtors have shuttered certain operations and have

determined that it is in possession of a large number of superfluous assets that Debtors no longer

require.

11. Debtors have concluded that the best mechanism for maximizing the value to the

Assets (as defined below) is through the sale of this unused equipment pursuant to 11 U.S.C.

§363(b) (the "Sale") by way of public auction (the "Sale Auction").

12. Debtors believe that the Sale of the Assets (as defined below) pursuant to the terms

set forth herein will maximize the recovery for Debtors' estate.

### Assets to Be Sold

13. Debtors propose to sell the assets listed on the attached Exhibit "A" (the "Assets").

### Terms of Sale

14. To assist Debtors with the Sale of the Assets, Debtors have engaged the Auction Mill,

a Nebraska entity and experienced auctioneer of food service equipment.  Under the terms of the

Auction Agreement (a copy of which is attached hereto as Exhibit "B"), Debtors will pay

Auction Mill a commission of ten (10%) of the gross auction sale from the proceeds of the Sale.

Auction Mill intends to conduct an online auction to liquidate the assets.

15. Debtors cannot reasonably determine, at this time, the amount of taxable income

Debtors may realize from the Sale.  However, it is possible that Debtors will incur taxable

income as a result of the Sale.

---

[3] This is not a request to sell all or substantially all of any particular Debtor's assets.

149152252.1

IN THE MATTER OF
Eat Fit Go Healthy Foods, LLC
Case No. BK 18-81127
Motion for Order Approving
Sale of Assets Facility Free and Clear

## Applicable Authority to Approve the Sale Free and Clear of All
## Liens, Claims, Interests and Encumbrances

### The Sale Should be Authorized Pursuant to Section 363(b)(1)

16. Pursuant to §105(a), a bankruptcy court "may issue any order process or judgment that is necessary or appropriate to carry out the provision of [the Bankruptcy Code]." Additionally, §363(b)(1) provides, in relevant part, that Debtors, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of its bankruptcy estate.

17. The proposed use, sale, or lease of property of the estate may be approved under §363(b) if it is supported by sound business justification.  See e.g. *Meyers v. Martin (In Re Martin)*, 91 F.3d 389, 395 (3rd Cir 1996); *Institutional Creditors of Continental Air Lines, Inc. v. Continental Air Lines, Inc. (In Re Continental Air Lines),* 780 F.2d 1223, 1226 (5th Cir. 1986) ("[F]or [a] debtor-in-possession . . . to satisfy its fiduciary duty to the . . . creditors, and equity holder[s], there must be some articulated business justification for using, selling, or leasing the property outside the ordinary course of business." *Id.*).

18. In this case, Debtors have sound business justification for the proposed Sale.  First, the Assets represent surplus equipment and accessories.  The value of the used Assets continues to diminish as time goes by.  In Debtors' opinion, the continued possession of the Assets is burdensome and will be detrimental to Debtors' reorganization efforts.  Further, the Sale of the Assets will generate proceeds that will benefit Debtors' estates by proving additional income. These funds can be used to assist Debtors in their reorganization.

19. In reviewing a proposed sale of assets, a bankruptcy court should give deference to debtor's business judgment.  *Esposito v. Title Ins. Co. (In re Fernwood Mkts.)*, 73 B.R. 616, 621 n.2 (Bankr. E.D. Pa 1987); *In Re Crutcher Resource Corp.*, 72 B.R. 628, 631 (Bankr. N.D. Tex.

149152252.1

IN THE MATTER OF
Eat Fit Go Healthy Foods, LLC
Case No. BK 18-81127
Motion for Order Approving
Sale of Assets Facility Free and Clear

1987) ("A Bankruptcy Judge has considerable discretion in approving a § 363(b) sale of property of the estate other than in the ordinary course of business, but the movant must articulate some business justification for the sale"). *See also Stephens Industries, Inc. v. McClung*, 789 F.2d 386 (6th Cir. 1986); *In re Channel One Communications, Inc.*, 117 B.R. 493 (Bankr. E.D. Mo. 1990).

20. In addition to showing a business justification, Debtors believe that courts, when reviewing a sale under §363, should also examine whether: (a) the price is fair and reasonable; (b) the purchaser acted in good faith; and (c) adequate notice was provided. *In re Channel One Communications, Inc.,* 117 B.R. 493, 496 (Bankr. E.D. Mo. 1990).

21. By virtue of the fact that the Sale to the Successful Bidder(s) will be subject to a public auction, the good faith of the Successful Bidder(s) and the reasonableness of the purchase price will be, *per se*, established.

22. The Court may review a proposed sale to determine whether parties received adequate notice of this Motion. Debtors will provide adequate notice of the hearing on this Motion by providing notice to: (a) all entities known to have expressed an interest in a transaction with respect to the Assets; (b) all entities known to have asserted any lien, claim, interest, or encumbrance in or upon the Assets, including Access Bank; (c) the United States Trustee's office; and (d) any Official Committee of Unsecured Creditors as may be appointed in this Chapter 11 Case, or in the absence of such a committee, to the creditors included on the consolidated list filed by Debtors as required by Rule 1007(d) (the "Sale Notice"). The Sale Notice is reasonably calculated to provide timely and adequate notice to Debtors' major creditor constituencies.

149152252.1

IN THE MATTER OF
Eat Fit Go Healthy Foods, LLC
Case No. BK 18-81127
Motion for Order Approving
Sale of Assets Facility Free and Clear

23. Based on the forgoing, the Sale satisfies all of the requisite conditions for authorization under §363(b) of the Bankruptcy Code.

## The Sale Satisfies the Requirements of 11 U.S.C. § 363(f) for a Sale Free of Liens, Claims, Interests, and Encumbrances

24. Section 363(f) of the Bankruptcy code provides:

The trustee may sell property under subsection (b) or (c) of this section free and clear of any interests in such property of an entity other than the estate, only if:

(i)  applicable non-bankruptcy law permits sale of such property free and clear of such interests;

(ii)  such entity consents;

(iii) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;

(iv) such interest is in bona fide dispute; or

(v)  such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

25. Debtors submit that, with respect to each such interest, at least one of the five conditions of §363(f) is satisfied.  Debtors accordingly requests authority to convey the Assets to the Successful Bidder free and clear of all liens, claims, interests, and encumbrances (collectively "Interests").

26. Having exercised sound business judgment, Debtors have determined that the Sale of the Assets free and clear of all Interests, excluding the Excepted Interests, is in the best interests of Debtors, the estates, and the creditors thereof.  As such, the Sale should be approved free and clear of all Interests, excluding the Excepted Interests.

149152252.1

IN THE MATTER OF
Eat Fit Go Healthy Foods, LLC
Case No. BK 18-81127
Motion for Order Approving
Sale of Assets Facility Free and Clear

<u>A Finding of Good Faith of the Successful Bidder Pursuant to
Section 363(m) is Appropriate</u>

27. Section 363(m) of the Bankruptcy Code provides the following:

The reversal or modification on appeal of an authorization under subsection (b) or (c) of this section of a sale or lease of property does not affect the validity of a sale or lease under such authorization to an entity that purchases or leased such property in good faith, whether or not such entity knew of the pendency of the appeal, unless such authorization and such sale or lease were stayed pending appeal.

28. The Bankruptcy Code does not define good faith.  However, "[t]he criteria to be considered when making an evaluation of good faith are almost universally stated as follows: '[t]he requirement that a purchaser act in good faith . . . speaks to the integrity of his conduct in the course of the sale proceedings.  Typically, the misconduct that would destroy a . . . good faith status at a judicial sale involves fraud, collusion between the purchaser and other bidders or the trustee, or an attempt to take grossly unfair advantage of other bidders.'"  *In re Apex Oil Co.,* 92 B.R. 847, 869 (Bkrtcy. E.D. Mo. 1988) (quoting *In re Rock Industries Machinery Corp.,* 572 F.2d 1195, 1998 (7th Cir. 1978)).

29. Debtors will present evidence at the Sale confirmation hearing, that as set forth above, the Sale will result in a transaction or transactions, in which the Successful Bidder(s) has at all times acted in good faith.  Debtor, therefore, requests that the Court make a finding that the Successful Bidder(s) has purchased the Assets in good faith within the meaning of §363(m) of the Bankruptcy Code.

**Relief under Rule 6004(h) is Appropriate in this Case**

30. Rule 6004(h) provides an order authorizing the use, sale, or lease of property other than cash collateral is stayed until the expiration of 14 days after entry of the Order, unless the

149152252.1

IN THE MATTER OF
Eat Fit Go Healthy Foods, LLC
Case No. BK 18-81127
Motion for Order Approving
Sale of Assets Facility Free and Clear

court orders otherwise.  In order to permit the Sale to proceed as expeditiously as possible and to

avoid further degradation or loss of value to the Assets, good cause exists to waive the 14 day

stay provided in Rule 6004(h).

**Conclusion**

**WHEREFORE,** Eat Fit Go Healthy Foods, LLC et al., debtors and debtors-in-

possession in the above captioned Bankruptcy Case, respectfully prays this Court enter an order:

(1) granting this Motion in full; (2) overruling all objection to this Motion; (3) approving and

authorizing the sale of the Assets free and clear of all Interests; (4) waiving the 14 day stay

provided in Rule 6004(h); and (5) granting any other relief at equity or law this Court deems

necessary.

**EAT FIT GO HEALTHY FOODS, LLC
ET AL., Debtors**

By:     /s/ Patrick R. Turner
        Patrick R. Turner #23461
        Stinson Leonard Street, LLP
        1299 Farnam Street, Suite 1500
        Omaha, NE 68102
        Tel. No. (402) 342-1700
        Fax No. (402) 342-1701
        patrick.turner@stinson.com

        Counsel for Debtors

149152252.1

# EXHIBIT A TO MOTION TO SELL ASSETS

| Lot Number | Lot Title | Lot Description |
|---|---|---|
| 1 | Terms, Not a Lot | |
| 2 | Lot of 2, Chrome NSF Stationary Wire Shelving Racks, 4 Shelves Ea. | Missing Plastic Shelf Clips Shelf Clip Collets<br /> |
| 3 | Chrome NSF Stationary Wire Shelving Rack, 4 Shelves | Missing Plastic Shelf Clips Shelf Clip Collets<br /> |
| 4 | Chrome NSF Stationary Wire Shelving Rack, 4 Shelves | Missing Plastic Shelf Clips Shelf Clip Collets<br /> |
| 5 | Chrome NSF Stationary Wire Shelving Rack, 4 Shelves | Missing Plastic Shelf Clips Shelf Clip Collets<br /> |
| 6 | Chrome NSF Stationary Wire Shelving Rack, 4 Shelves | Missing Plastic Shelf Clips Shelf Clip Collets<br /> |
| 7 | Chrome NSF Stationary Wire Shelving Rack, 5 Shelves | Missing Plastic Shelf Clips Shelf Clip Collets<br /> |
| 8 | Chrome NSF Stationary Wire Shelving Rack, 5 Shelves | Missing Plastic Shelf Clips Shelf Clip Collets<br /> |
| 9 | Chrome NSF Stationary Wire Shelving Rack, 5 Shelves | Missing Plastic Shelf Clips Shelf Clip Collets<br /> |
| 10 | Chrome NSF Stationary Wire Shelving Rack, 5 Shelves | Missing Plastic Shelf Clips Shelf Clip Collets<br /> |
| 11 | Chrome NSF Stationary Wire Shelving Rack, 5 Shelves | Missing Plastic Shelf Clips Shelf Clip Collets<br /> |
| 12 | Chrome NSF Stationary Wire Shelving Rack, 5 Shelves | Missing Plastic Shelf Clips Shelf Clip Collets<br /> |
| 13 | Chrome NSF Stationary Wire Shelving Rack, 5 Shelves | Missing Plastic Shelf Clips Shelf Clip Collets<br /> |
| 14 | Chrome NSF Stationary Wire Shelving Rack, 5 Shelves | Missing Plastic Shelf Clips Shelf Clip Collets<br /> |
| 15 | Chrome NSF Stationary Wire Shelving Rack, 5 Shelves | Missing Plastic Shelf Clips Shelf Clip Collets<br /> |
| 16 | Lot of 10 NSF Aluminum Sheet Pan Racks, 18in x 26in, One Money for All 10 |  <br /> |
| 17 | Lot of 10 NSF Aluminum Sheet Pan Racks, 18in x 26in, One Money for All 10 |  <br /> |
| 18 | Lot of 10 NSF Aluminum Sheet Pan Racks, 18in x 26in, One Money for All 10 |  <br /> |
| 19 | Lot of 10 NSF Aluminum Sheet Pan Racks, 18in x 26in, One Money for All 10 |  <br /> |
| 20 | Lot of 10 NSF Aluminum Sheet Pan Racks, 18in x 26in, One Money for All 10 |  <br /> |
| 21 | Lot of 10 NSF Aluminum Sheet Pan Racks, 18in x 26in, One Money for All 10 |  <br /> |
| 22 | Lot of 10 NSF Aluminum Sheet Pan Racks, 18in x 26in, One Money for All 10 |  <br /> |
| 23 | Lot of 10 NSF Aluminum Sheet Pan Racks, 18in x 26in, One Money for All 10 |  <br /> |
| 24 | Lot of 10 NSF Aluminum Sheet Pan Racks, 18in x 26in, One Money for All 10 |  <br /> |
| 25 | Lot of 10 NSF Aluminum Sheet Pan Racks, 18in x 26in, One Money for All 10 |  <br /> |
| 26 | Lot of 10 NSF Aluminum Sheet Pan Racks, 18in x 26in, One Money for All 10 |  <br /> |
| 27 | Lot of 5 Cambro 12in x 18in x 9in NSF 4.75 Gallon Clear Plastic Food Storage Boxes w/ Lids |  <br /> |

# EXHIBIT A TO MOTION TO SELL ASSETS

| Lot Number | Lot Title | Lot Description |
|---|---|---|
| 28 | Lot of 5 Cambro 12in x 18in x 9in NSF 4.75 Gallon Clear Plastic Food Storage Boxes w/ Lids |  <br /> |
| 29 | Lot of 5 Cambro 12in x 18in x 9in NSF 4.75 Gallon Clear Plastic Food Storage Boxes w/ Lids |  <br /> |
| 30 | Lot of 5 Cambro 12in x 18in x 9in NSF 4.75 Gallon Clear Plastic Food Storage Boxes w/ Lids |  <br /> |
| 31 | Lot of 5 Cambro 12in x 18in x 9in NSF 4.75 Gallon Clear Plastic Food Storage Boxes w/ Lids |  <br /> |
| 32 | Lot of 5 Cambro 12in x 18in x 9in NSF 4.75 Gallon Clear Plastic Food Storage Boxes w/ Lids |  <br /> |
| 33 | Lot of 5 Cambro 12in x 18in x 9in NSF 4.75 Gallon Clear Plastic Food Storage Boxes w/ Lids |  <br /> |
| 34 | Lot of 5 Cambro 12in x 18in x 9in NSF 4.75 Gallon Clear Plastic Food Storage Boxes w/ Lids |  <br /> |
| 35 | Lot of 5 Cambro 12in x 18in x 9in NSF 4.75 Gallon Clear Plastic Food Storage Boxes w/ Lids |  <br /> |
| 36 | Lot of 5 Cambro 12in x 18in x 9in NSF 4.75 Gallon Clear Plastic Food Storage Boxes w/ Lids |  <br /> |
| 37 | Lot of 5 Cambro 12in x 18in x 9in NSF 4.75 Gallon Clear Plastic Food Storage Boxes w/ Lids |  <br /> |
| 38 | Lot of 5 Cambro 12in x 18in x 9in NSF 4.75 Gallon Clear Plastic Food Storage Boxes w/ Lids |  <br /> |
| 39 | Lot of 5 Cambro 12in x 18in x 9in NSF 4.75 Gallon Clear Plastic Food Storage Boxes w/ Lids |  <br /> |
| 40 | Lot of 5 Cambro 12in x 18in x 9in NSF 4.75 Gallon Clear Plastic Food Storage Boxes w/ Lids |  <br /> |
| 41 | Lot of 5 Cambro 12in x 18in x 9in NSF 4.75 Gallon Clear Plastic Food Storage Boxes w/ Lids |  <br /> |
| 42 | Lot of 5 Cambro 12in x 18in x 9in NSF 4.75 Gallon Clear Plastic Food Storage Boxes w/ Lids |  <br /> |
| 43 | Lot of 5 Cambro 12in x 18in x 9in NSF 4.75 Gallon Clear Plastic Food Storage Boxes w/ Lids |  <br /> |
| 44 | Lot of 5 Cambro 12in x 18in x 9in NSF 4.75 Gallon Clear Plastic Food Storage Boxes w/ Lids |  <br /> |
| 45 | Lot of 5 Cambro 12in x 18in x 9in NSF 4.75 Gallon Clear Plastic Food Storage Boxes w/ Lids |  <br /> |
| 46 | Lot of 3 Cambro 12in x 18in x 9in NSF 4.75 Gallon Clear Plastic Food Storage Boxes w/ Lids |  <br /> |
| 47 | Lot of 2 Vollrath Wear-Ever 14in NSF No. Z4014 Cool Handle Fry Pans |  <br /> |

# EXHIBIT A TO MOTION TO SELL ASSETS

| Lot Number | Lot Title | Lot Description |
|---|---|---|
| 48 | Lot of 2 Vollrath Wear-Ever 14in NSF No. Z4014 Cool Handle Fry Pans |  <br /> |
| 49 | Lot of 2 Vollrath Wear-Ever 14in NSF No. Z4014 Cool Handle Fry Pans |  <br /> |
| 50 | Lot of 2 Vollrath Wear-Ever 14in NSF No. Z4014 Cool Handle Fry Pans |  <br /> |
| 51 | Tablecraft KK3 KenKut 3 - 12in Film & Foil Dispenser / Cutter |  <br /> |
| 52 | Tablecraft KK3 KenKut 3 - 12in Film & Foil Dispenser / Cutter |  <br /> |
| 53 | Tablecraft KK3 KenKut 3 - 12in Film & Foil Dispenser / Cutter |  <br /> |
| 54 | Tablecraft KK3 KenKut 3 - 12in Film & Foil Dispenser / Cutter |  <br /> |
| 55 | Lot of 3 Green NSF 18in x 24.5in Cutting Boards |  <br /> |
| 56 | Lot of 3 Green NSF 18in x 24.5in Cutting Boards |  <br /> |
| 57 | Lot of 3 Red NSF 18in x 24.5in Cutting Boards |  <br /> |
| 58 | Lot of 3 Red NSF 18in x 24.5in Cutting Boards |  <br /> |
| 59 | Lot of 4 San Jamar NSF Cutting Boards 18in x 24in, White |  <br /> |
| 60 | Lot of 3 NSF San Jamar Cutting Boards 15in x 20in, Green |  <br /> |
| 61 | Lot of 3 NSF San Jamar Cutting Boards 15in x 20in, Yellow |  <br /> |
| 62 | Lot of 4 NSF San Jamar Cutting Boards, 18in x 24in, 2 Yellow, 2 White |  <br /> |
| 63 | Lot of 4 San Jamar NSF Cutting Boards 18in x 24in, White |  <br /> |
| 64 | Placeholder, Do Not Bit, Spot for Additional Lot if Needed |  <br /> |
| 65 | Placeholder, Do Not Bit, Spot for Additional Lot if Needed |  <br /> |
| 66 | Placeholder, Do Not Bit, Spot for Additional Lot if Needed |  <br /> |
| 67 | NIB New Anthony Glass Door for GDM, 74in x 24in New in Box, Silver/Glass |  <br /> |
| 68 | Heavy Duty Steel Shelf & Contents, Door Plunger, Lot's of GDM Racks | Includes Several Different Glass Door Merchandiser Racks/Shelves, Rolls of Material, Some Ceiling Panels, Shelf is 30in x 40in x 56in<br /> |
| 69 | Large Lot of Green Wrapped NSF Stationary Wire Shelving Racks on Pallet | Missing Plastic Shelf Clips Shelf Clip Collets<br /> |
| 70 | NEW NIB Nemco 55975-1SC Easy Chicken Slicer 3/8" Scalloped |  <br /> |
| 71 | NEW NIB Nemco 55975-1SC Easy Chicken Slicer 3/8" Scalloped |  <br /> |
| 72 | NEW NIB Nemco 55975-1SC Easy Chicken Slicer 3/8" Scalloped |  <br /> |
| 73 | NEW NIB Nemco 55975-1SC Easy Chicken Slicer 3/8" Scalloped |  <br /> |
| 74 | NEW NIB Nemco 55975-1SC Easy Chicken Slicer 3/8" Scalloped |  <br /> |
| 75 | NEW NIB Nemco 55975-1SC Easy Chicken Slicer 3/8" Scalloped |  <br /> |
| 76 | Huge Lot of Bubble Wrap, 15+ Bags, Various Types, Some Peanuts |  <br /> |
| 77 | Bag of 4 Rolls of 1/2in DuraBubble LITE 4ftx150ft Perforated at 12in |  <br /> |
| 78 | Bag of 4 Rolls of 1/2in DuraBubble LITE 4ftx150ft Perforated at 12in |  <br /> |
| 79 | Bag of 2 Rolls of 1/2in DuraBubble LITE 4ftx150ft Perforated at 12in | Plus 2 Partial Rolls<br /> |
| 80 | 4 Omnimount RE12W 12 RU Wall-Mount Rack Systems w/ 4 Hikvision Network Video Recorders & 4 JBL CSMA | 4 Omnimount RE12W 12 RU Wall-Mount Rack Systems w/ 4 Hikvision Network Video Recorders &amp; 4 JBL CSMA 180 Mixer-Amplifiers &amp; 4 Cameras, Some Remotes<br /> |
| 81 | Lot of 3 Winholt Rolling Sheet Pan Racks, Missing Wheels |  <br /> |

# EXHIBIT A TO MOTION TO SELL ASSETS

| Lot Number | Lot Title | Lot Description |
|---|---|---|
| 82 | Winholt Aluminum Sheet Pan Rolling Rack, 20 Pan Capacity |  <br /> |
| 83 | Winholt Aluminum Sheet Pan Rolling Rack, 20 Pan Capacity |  <br /> |
| 84 | Electrolux DITO Greens Machine Model: VP-3 Salad & Vegetable Dryer |  <br /> |
| 85 | Electrolux DITO Greens Machine Model: VP-3 Salad & Vegetable Dryer |  <br /> |
| 86 | Lot of 2 Sheet Pan Countertop Racks, Stainless Steel |  <br /> |
| 87 | Lot of 10 - 27 Gallon Tough Boxes Plastic Totes w/ Lids, Black/Yellow |  <br /> |
| 88 | Lot of 3 Stationary Wire NSF Racks, 24in x 86in x 48in, (2) 24in x 72in x 86in | 2 w/ 4 shelves, 1 w/ 5 shelves, Contents Not Included<br /> |
| 89 | Vollrath Stainless Steel 13 Qt Bowls, No. 69130, Lot of 4 |  <br /> |
| 90 | Vollrath Stainless Steel 8 Qt Bowls, No. 69080, Lot of 4 |  <br /> |
| 91 | Update ABR15 Stock Pot w/ Lid, 18 SS Silverware Caddys, Pot Hanging Hooks |  <br /> |
| 92 | Lot of 10 Cambro 12in x 18in x 9in NSF 4.75 Gallon Clear Plastic Food Storage Boxes, NO LIDS, Plus | Lot of 10 Cambro 12in x 18in x 9in NSF 4.75 Gallon Clear Plastic Food Storage Boxes, NO LIDS, Plus NEMCO Slicer Parts Bin<br /> |
| 93 | Lot of 2 Duraware Aluminum Large Colanders, 17in x 7.5in ea |  <br /> |
| 94 | Lot of 2 Duraware Aluminum Large Colanders, 17in x 7.5in ea |  <br /> |
| 95 | Large Selection of Stock Pot Lids, Steam Pan Lids (Full Size), Round Plastic Food Container Lids, |  <br /> |
| 96 | Cambro 22 Gallon Food Container, 18in x 26in x 15in w/ Lid, Plus 14 Spare Lids 18in x 26in | Cambro 22 Gallon Food Container, 18in x 26in x 15in w/ Lid, Plus 14 Spare Lids 18in x 26in<br /> |
| 97 | Rice Cookers, Hamilton Beach Model: GR04, Lot of 2 w/ Extra Misc. Rice Cooker & Pans | Rice Cookers, Hamilton Beach Model: GR04, Lot of 2 w/ Extra Misc. Rice Cooker &amp; Pans<br /> |
| 98 | 22 Qt Round Food Container w/ Lid, Plus Extra Food Container w/ Lid |  <br /> |
| 99 | Lot of 4 Brute Trash Cans w/ Broom & Dust Pan |  <br /> |
| 100 | Lot of 6, 23 Gallon Carlisle Trash Bins, 3 3 Dollys, 4 Brooms, 4 Dust Pans | Lot of 6, 23 Gallon Carlisle Trash Bins, 3 3 Dollys, 4 Brooms, 4 Dust Pans<br /> |
| 101 | Large Brute Trash Can w/ Lid & Dolly, Plus 1 Extra Can w/ Broom & Dust Pan | w/ small floor jack no handle<br /> |
| 102 | Lot of 3, Mesh Strainers w/ Wood Handles, 13.75in |  <br /> |
| 103 | Baking Sheet w/ Misc. Kitchen Utensils |  <br /> |
| 104 | Baking Sheet w/ Misc. Kitchen Utensils |  <br /> |
| 105 | Baking Sheet w/ Misc. Kitchen Utensils |  <br /> |
| 106 | Baking Sheet w/ Misc. Kitchen Utensils |  <br /> |
| 107 | Baking Sheet w/ Misc. Kitchen Utensils |  <br /> |
| 108 | Baking Sheet w/ Misc. Kitchen Utensils |  <br /> |
| 109 | Baking Sheet w/ Misc. Kitchen Utensils |  <br /> |
| 110 | Rubbermaid Commercial Utility Cart, 40in x 17in x 33in, 500lb Capacity |  <br /> |
| 111 | Cambro Commercial Utility Cart, 3 Shelves, 40in x 21in x 38in |  <br /> |
| 112 | Cambro Commercial Utility Cart, 3 Shelves, 40in x 21in x 38in |  <br /> |
| 113 | Trash Can w/ Dolly & Lid |  <br /> |

# EXHIBIT A TO MOTION TO SELL ASSETS

| Lot Number | Lot Title | Lot Description |
|---|---|---|
| 114 | Lot of 16 Catering Racks for Full Size Pans, 1 Food Container No Lid |  <br /> |
| 115 | Pair of 2 Wheel Hand Trucks, Milwaukee Model 49480, Costco One Damaged | Each w/ Fold Down Bed w/ Wheels<br /> |
| 116 | Dunnage Rack, 36in x 20in x 12in - Aluminum |  <br /> |
| 117 | Lot of 5 Misc. Fatique Mats, 4 Inset, 1 Typical Mat |  <br /> |
| 118 | Lot of 4 Dollys, 150kg, 23.5in x 14.5in |  <br /> |
| 119 | Lot of 2 Viz-Pro Dry Erase Boards, 1 Misc. Board |  <br /> |
| 120 | Lot of 10 Vollrath Super Pan 3 Stainless Steel Full Size Steam Table Pans w/ Lids, 6in | 10 Full Size Pans, 6in Deep w/ 10 Lids<br /> |
| 121 | Lot of 10 Vollrath Super Pan 3 Stainless Steel Full Size Steam Table Pans w/ Lids, 6in | 10 Full Size Pans, 6in Deep w/ 10 Lids<br /> |
| 122 | Lot of 10 Vollrath Super Pan 3 Stainless Steel Full Size Steam Table Pans w/ Lids, 6in | 10 Full Size Pans, 6in Deep w/ 10 Lids<br /> |
| 123 | ABC Half Size 4in NSF Stainless Steel Steam Pans w/ Lids, Lot of 12 | Includes 12 Lids, 4in Pans<br /> |
| 124 | Nemco Fruit Slicer / Wedger, 8 Wedge, Missing 1 Rod, Includes Stand Mixer Whisk | Includes Stand Mixer Whisk<br /> |
| 125 | Volrath Wedgemaster Fruit / Vegetable Slicer / Wedger, 8 Wedge |  <br /> |
| 126 | French Fry Cutter, Cast Iron & Stainless Steel, HD |  <br /> |
| 127 | Long Handle Whisk & Masher & Whisk, Lot of 3 |  <br /> |
| 128 | Lot of 4 Patio Tables & 6 Chairs, 24in x 24in Top, Wood Slat Design |  <br /> |
| 129 | Misc. Lot, Magnetic Air Trap Strips, Plastic Forks, Drink Carriers, Cans |  <br /> |
| 130 | Cambro 22 Gallon Food Container, 18in x 26in x 15in w/ Lid |  <br /> |
| 131 | Menumaster Model: MDC12A2 Commercial Microwave, 120v, Mfg. 2016 | by Amana<br /> |
| 132 | Menumaster Model: MDC12A2 Commercial Microwave, 120v, Mfg. 2016 | by Amana<br /> |
| 133 | Menumaster Model: MDC12A2 Commercial Microwave, 120v, Mfg. 2016 | by Amana<br /> |
| 134 | Menumaster Model: MDC12A2 Commercial Microwave, 120v, Mfg. 2016 | by Amana<br /> |
| 135 | by Amana | by Amana<br /> |
| 136 | Menumaster Model: MDC12A2 Commercial Microwave, 120v, Mfg. 2016 | by Amana<br /> |
| 137 | Menumaster Model: MDC12A2 Commercial Microwave, 120v, Mfg. 2016 | by Amana<br /> |
| 138 | Menumaster Model: MDC12A2 Commercial Microwave, 120v, Mfg. 2016 | by Amana<br /> |
| 139 | Menumaster Model: MDC12A2 Commercial Microwave, 120v, Mfg. 2016 | by Amana<br /> |
| 140 | Menumaster Model: MDC12A2 Commercial Microwave, 120v, Mfg. 2016 | by Amana<br /> |
| 141 | Menumaster Model: MDC12A2 Commercial Microwave, 120v, Mfg. 2016 | by Amana<br /> |
| 142 | Menumaster Model: MDC12A2 Commercial Microwave, 120v, Mfg. 2016 | by Amana<br /> |
| 143 | Menumaster Model: MDC12A2 Commercial Microwave, 120v, Mfg. 2016 | by Amana<br /> |
| 144 | Menumaster Model: MDC12A2 Commercial Microwave, 120v, Mfg. 2016 | by Amana<br /> |
| 145 | Menumaster Model: MDC12A2 Commercial Microwave, 120v, Mfg. 2016 | by Amana<br /> |
| 146 | Menumaster Model: MDC12A2 Commercial Microwave, 120v, Mfg. 2016 | by Amana<br /> |
| 147 | Menumaster Model: MDC12A2 Commercial Microwave, 120v, Mfg. 2016 | by Amana<br /> |

# EXHIBIT A TO MOTION TO SELL ASSETS

| Lot Number | Lot Title | Lot Description |
|---|---|---|
| 148 | Lot of 3 Heavy Duty Hard Plastic Dunnage Racks, Ea. 36in x 96in x 12in | Each One is 8 Feet x 3 Feet x 1 Foot<br /> |
| 149 | Amana Model: RMS10TS Commercial Microwave, 120v, Mfg. 2017 |  <br /> |
| 150 | Amana Model: RMS10TS Commercial Microwave, 120v, Mfg. 2017 |  <br /> |
| 151 | Cambro Commercial Utility Cart, 3 Shelves, 40in x 21in x 38in | This cart doesn't roll too great, but it will get things moved<br /> |
| 152 | Lot of 2 Insulated Catering Food Delivery Bags, 22in x 13in x 13in | Includes 2 U-Line Styrofoam Coolers w/ Cold Paks, Small Size<br /> |
| 153 | Amana Model: RMS10TS Commercial Microwave, 120v, Mfg. 2017 | Used but w/ Box<br /> |
| 154 | Advance Tabco ELAG-308 Stainless Steel Prep Table w/ Undershelf, 96in x 30in x 36in high | Advance Tabco ELAG-308 Stainless Steel Prep Table w/ Undershelf, 96in x 30in x 36in high 16 Gauge Type 420 Stainless Steel Top w/ Galvanized Steel Legs<br /> |
| 155 | Advance Tabco ELAG-308 Stainless Steel Prep Table w/ Undershelf, 96in x 30in x 36in high | Advance Tabco ELAG-308 Stainless Steel Prep Table w/ Undershelf, 96in x 30in x 36in high 16 Gauge Type 420 Stainless Steel Top w/ Galvanized Steel Legs<br /> |
| 156 | Advance Tabco ELAG-308 Stainless Steel Prep Table w/ Undershelf, 96in x 30in x 36in high | Advance Tabco ELAG-308 Stainless Steel Prep Table w/ Undershelf, 96in x 30in x 36in high 16 Gauge Type 420 Stainless Steel Top w/ Galvanized Steel Legs<br /> |
| 157 | Advance Tabco ELAG-308 Stainless Steel Prep Table w/ Undershelf, 96in x 30in x 36in high | Advance Tabco ELAG-308 Stainless Steel Prep Table w/ Undershelf, 96in x 30in x 36in high 16 Gauge Type 420 Stainless Steel Top w/ Galvanized Steel Legs<br /> |
| 158 | Advance Tabco ELAG-308 Stainless Steel Prep Table w/ Undershelf, 96in x 30in x 36in high | Advance Tabco ELAG-308 Stainless Steel Prep Table w/ Undershelf, 96in x 30in x 36in high 16 Gauge Type 420 Stainless Steel Top w/ Galvanized Steel Legs<br /> |
| 159 | Advance Tabco ELAG-308 Stainless Steel Prep Table w/ Undershelf, 96in x 30in x 36in high | Advance Tabco ELAG-308 Stainless Steel Prep Table w/ Undershelf, 96in x 30in x 36in high 16 Gauge Type 420 Stainless Steel Top w/ Galvanized Steel Legs<br /> |
| 160 | Advance Tabco ELAG-308 Stainless Steel Prep Table w/ Undershelf, 96in x 30in x 36in high | Advance Tabco ELAG-308 Stainless Steel Prep Table w/ Undershelf, 96in x 30in x 36in high 16 Gauge Type 420 Stainless Steel Top w/ Galvanized Steel Legs<br /> |
| 161 | Advance Tabco ELAG-308 Stainless Steel Prep Table w/ Undershelf, 96in x 30in x 36in high | Advance Tabco ELAG-308 Stainless Steel Prep Table w/ Undershelf, 96in x 30in x 36in high 16 Gauge Type 420 Stainless Steel Top w/ Galvanized Steel Legs<br /> |
| 162 | Advance Tabco ELAG-308 Stainless Steel Prep Table w/ Undershelf, 96in x 30in x 36in high | Advance Tabco ELAG-308 Stainless Steel Prep Table w/ Undershelf, 96in x 30in x 36in high 16 Gauge Type 420 Stainless Steel Top w/ Galvanized Steel Legs<br /> |
| 163 | Advance Tabco ELAG-308 Stainless Steel Prep Table w/ Undershelf, 96in x 30in x 36in high | Advance Tabco ELAG-308 Stainless Steel Prep Table w/ Undershelf, 96in x 30in x 36in high 16 Gauge Type 420 Stainless Steel Top w/ Galvanized Steel Legs<br /> |
| 164 | Advance Tabco ELAG-308 Stainless Steel Prep Table w/ Undershelf, 96in x 30in x 36in high | Advance Tabco ELAG-308 Stainless Steel Prep Table w/ Undershelf, 96in x 30in x 36in high 16 Gauge Type 420 Stainless Steel Top w/ Galvanized Steel Legs<br /> |

# EXHIBIT A TO MOTION TO SELL ASSETS

| Lot Number | Lot Title | Lot Description |
|---|---|---|
| 165 | Advance Tabco ELAG-308 Stainless Steel Prep Table w/ Undershelf, 96in x 30in x 36in high | Advance Tabco ELAG-308 Stainless Steel Prep Table w/ Undershelf, 96in x 30in x 36in high 16 Gauge Type 420 Stainless Steel Top w/ Galvanized Steel Legs, This Table Needs a Weld on Undershelf<br /> |
| 166 | Lot of 2 Heavy Duty Hard Plastic Dunnage Racks, Ea. 36in x 96in x 12in | Each One is 8 Feet x 3 Feet x 1 Foot<br /> |
| 167 | Plastic Wild Grass, Autograph Foliages, 10in Wild Long Grass Mat SKU: A-5022 Approx. 80 Pieces | Color Green, Tutone Green, 8in High, 10in Squares, Mfg. Signature Foliage<br /> |
| 168 | Exterior Sign Letters, 21 Lg. Letters, 12 Small & 2 Sign Bars | Spells, Eat Fit Go, Eat Fit Go, Healthy Foods &amp; 2 Logo Pieces, Letters are 19in and 9in tall<br /> |
| 169 | DP Max Air Guard Filters, 24in x 24in x 2in, 18 Filtes, & 5 4in x 24in x 24in |  <br /> |
| 170 | Lot of 2 JBL Model: C65P/T Speakers |  <br /> |
| 171 | NSF Green Stationary Shelving Units, Lot of 2, 60in x 36in x 74in High | Contents Not Included<br /> |
| 172 | 6 Cases, Kimberly-Clark Wiper Dispensers, No. 09107 | For Quarter-Folded Wipers, Grey Plastic, 6 Per Case, Plus a Few Extra<br /> |
| 173 | ECH Cash Drawer, Model: CC-410-B2 w/ 1 Key |  <br /> |
| 174 | ECH Cash Drawer, Model: CC-410-B2 w/ 1 Key |  <br /> |
| 175 | ECH Cash Drawer, Model: CC-410-B2 w/ 1 Key |  <br /> |
| 176 | ECH Cash Drawer, Model: CC-410-B2 w/ 1 Key |  <br /> |
| 177 | ECH Cash Drawer, Model: CC-410-B2 w/ 2 Keys |  <br /> |
| 178 | ECH Cash Drawer, Model: CC-410-B2 w/ 2 Keys |  <br /> |
| 179 | New in Box, ECH Cash Drawer, Model: CC-410-B2 w/ 2 Keys |  <br /> |
| 180 | New in Box, ECH Cash Drawer, Model: CC-410-B2 w/ 2 Keys |  <br /> |
| 181 | Lifetime Acrylic Basketball Hoop & Standard, w/ Extra Backboard & Rim |  <br /> |
| 182 | Step Stool, Brooms, Road Cone, Electrical Cord |  <br /> |
| 183 | Lot of 3 Squeegee's w/ Extra Head |  <br /> |
| 184 | Lot of 3 Squeegee's w/ Extra Head |  <br /> |
| 185 | Lot of 4 Squeegee's |  <br /> |
| 186 | Lot of 4 Squeegee's |  <br /> |
| 187 | Mop Bucket, Wet Floor Signs, Mop Handles, Weird Brooms |  <br /> |
| 188 | Air Hockey Table, 44in x 84in, Has some wear and tear, Good Used Condition |  <br /> |
| 189 | Weight Bench, 1 45lb Plate, 4 1kg Plates |  <br /> |
| 190 | Samsung 50in HDTV High Def TV, Smart TV, No Stand, w/ Remote, No Stand | Includes Both Brackets to Hand TV, No Stand Included<br /> |
| 191 | Samsung 50in HDTV High Def TV, Smart TV, No Stand, w/ Remote, No Stand | Includes Both Brackets to Hand TV, No Stand Included<br /> |
| 192 | Samsung 50in HDTV High Def TV, Smart TV, No Stand, w/ Remote, No Stand | Includes Both Brackets to Hand TV, No Stand Included<br /> |
| 193 | Samsung 50in HDTV High Def TV, Smart TV, No Stand, w/ Remote, No Stand | Includes Both Brackets to Hand TV, No Stand Included<br /> |

# EXHIBIT A TO MOTION TO SELL ASSETS

| Lot Number | Lot Title | Lot Description |
|---|---|---|
| 194 | Samsung 50in HDTV High Def TV, Smart TV, No Stand, w/ Remote, No Stand | Includes Both Brackets to Hand TV, No Stand Included<br /> |
| 195 | Samsung 50in HDTV High Def TV, Smart TV, No Stand, w/ Remote, No Stand | Includes Both Brackets to Hand TV, No Stand Included<br /> |
| 196 | Samsung 50in HDTV High Def TV, Smart TV, No Stand, w/ Remote, No Stand | Includes Both Brackets to Hand TV, No Stand Included<br /> |
| 197 | Samsung 50in HDTV High Def TV, Smart TV, No Stand, w/ Remote, No Stand | Includes the Wall Bracket on the TV, But not the Wall Side Bracket, No Stand Included<br /> |
| 198 | Samsung 50in HDTV High Def TV, Smart TV, No Stand, w/ Remote, No Stand | Includes the Wall Bracket on the TV, But not the Wall Side Bracket, No Stand Included<br /> |
| 199 | Samsung 50in HDTV High Def TV, Smart TV, No Stand, No Remote, No Stand | Includes the Wall Bracket on the TV, But not the Wall Side Bracket, No Stand Included<br /> |
| 200 | Samsung 50in HDTV High Def TV, Smart TV, No Stand, No Remote, No Stand | Includes the Wall Bracket on the TV, But not the Wall Side Bracket, No Stand Included<br /> |
| 201 | Samsung 50in HDTV High Def TV, Smart TV, No Stand, No Remote, No Stand | Includes the Wall Bracket on the TV, But not the Wall Side Bracket, No Stand Included<br /> |
| 202 | Samsung 50in HDTV High Def TV, Smart TV, No Stand, No Remote, No Stand | Includes the Wall Bracket on the TV, But not the Wall Side Bracket, No Stand Included<br /> |
| 203 | Samsung 50in HDTV High Def TV, Smart TV, No Stand, No Remote, No Stand | Includes the Wall Bracket on the TV, But not the Wall Side Bracket, No Stand Included<br /> |
| 204 | Samsung 50in HDTV High Def TV, Smart TV, No Stand, No Remote, No Stand | Includes the Wall Bracket on the TV, But not the Wall Side Bracket, No Stand Included<br /> |
| 205 | Lot of 20 Laminate Top Restaurant Table Tops, 14 Table Bases | Some Wall Mount, Some Free Standing, Six Without Legs or Bases, We May Find a Few More Bases, But Not Guaranteed<br /> |
| 206 | Tub of Office Supply, Paper, Folders, Clocks, First Aid Kit, Misc. |  <br /> |
| 207 | Glass Top Desk w/ File Cabinet |  <br /> |
| 208 | Glass Top Desk w/ File Cabinet & Trash Can |  <br /> |
| 209 | Rough Neck 4,400lb Pallet Jack |  <br /> |
| 210 | Group of Aleko Artifical Apples, Lemons and Oranges, 6 Acrylic Vases |  <br /> |
| 211 | Plasticade Shopping Basket Set, 12 Baskets, 1 Wire Rack, Used |  <br /> |
| 212 | Plasticade Shopping Basket Set, 12 Baskets, 1 Wire Rack, Used |  <br /> |
| 213 | Plasticade Shopping Basket Set, 12 Baskets, 1 Wire Rack, Used |  <br /> |
| 214 | Plasticade Shopping Basket Set, 12 Baskets, 1 Wire Rack, Used |  <br /> |
| 215 | Plasticade Shopping Basket Set, 12 Baskets, 1 Wire Rack, Used |  <br /> |
| 216 | Plasticade Shopping Basket Set, 12 Baskets, 1 Wire Rack, Used |  <br /> |
| 217 | New in Box, Plasticade No. H2112003 Shopping Basket Set, 12 Baskets, Wire Stand | New in Box, Plasticade No. H2112003 Shopping Basket Set, 12 Baskets, Wire Stand<br /> |
| 218 | New in Box, Plasticade No. H2112003 Shopping Basket Set, 12 Baskets, Wire Stand | New in Box, Plasticade No. H2112003 Shopping Basket Set, 12 Baskets, Wire Stand<br /> |

# EXHIBIT A TO MOTION TO SELL ASSETS

| Lot Number | Lot Title | Lot Description |
|---|---|---|
| 219 | New in Box, Plasticade No. H2112003 Shopping Basket Set, 12 Baskets, Wire Stand | New in Box, Plasticade No. H2112003 Shopping Basket Set, 12 Baskets, Wire Stand<br /> |
| 220 | New in Box, Plasticade No. H2112003 Shopping Basket Set, 12 Baskets, Wire Stand | New in Box, Plasticade No. H2112003 Shopping Basket Set, 12 Baskets, Wire Stand<br /> |
| 221 | New in Box, Plasticade No. H2112003 Shopping Basket Set, 12 Baskets, Wire Stand | New in Box, Plasticade No. H2112003 Shopping Basket Set, 12 Baskets, Wire Stand<br /> |
| 222 | New in Box, Plasticade No. H2112003 Shopping Basket Set, 12 Baskets, Wire Stand | New in Box, Plasticade No. H2112003 Shopping Basket Set, 12 Baskets, Wire Stand<br /> |
| 223 | New in Box, Plasticade No. H2112003 Shopping Basket Set, 12 Baskets, Wire Stand | New in Box, Plasticade No. H2112003 Shopping Basket Set, 12 Baskets, Wire Stand<br /> |
| 224 | New in Box, Plasticade No. H2112003 Shopping Basket Set, 12 Baskets, Wire Stand | New in Box, Plasticade No. H2112003 Shopping Basket Set, 12 Baskets, Wire Stand<br /> |
| 225 | New in Box, Plasticade No. H2112003 Shopping Basket Set, 12 Baskets, Wire Stand | New in Box, Plasticade No. H2112003 Shopping Basket Set, 12 Baskets, Wire Stand<br /> |
| 226 | Greenlee No. 9510 A-Frame Wire Cart |  <br /> |
| 227 | Lot of 2 Shopping Bag (T-Shirt Bag) Dispenser w/ Metal Frame, Plastic Base |  <br /> |
| 228 | Lot of 2 Shopping Bag (T-Shirt Bag) Dispenser w/ Metal Frame, Plastic Base |  <br /> |
| 229 | Lot of 2 Shopping Bag (T-Shirt Bag) Dispenser w/ Metal Frame, Plastic Base |  <br /> |
| 230 | Lot of 2 Shopping Bag (T-Shirt Bag) Dispenser w/ Metal Frame, Plastic Base | New Case of 4, Shopping Bag (T-Shirt Bag) Dispenser w/ Metal Frame, Plastic Base<br /> |
| 231 | New Case of 4, Shopping Bag (T-Shirt Bag) Dispenser w/ Metal Frame, Plastic Base | New Case of 4, Shopping Bag (T-Shirt Bag) Dispenser w/ Metal Frame, Plastic Base<br /> |
| 232 | New Case of 4, Shopping Bag (T-Shirt Bag) Dispenser w/ Metal Frame, Plastic Base | New Case of 6, Shopping Bag (T-Shirt Bag) Dispenser w/ Metal Frame, Plastic Base<br /> |
| 233 | New Case of 6, Shopping Bag (T-Shirt Bag) Dispenser w/ Metal Frame, Plastic Base |  <br /> |
| 234 | Acer Iconia One 10 32GB Wi-Fi Tablet, Model: B3-A40, Android 7, 10.1in | w/ Original Box<br /> |
| 235 | Acer Iconia One 10 32GB Wi-Fi Tablet, Model: B3-A40, Android 7, 10.1in | w/ Original Box<br /> |
| 236 | Acer Iconia One 10 32GB Wi-Fi Tablet, Model: B3-A40, Android 7, 10.1in | w/ Original Box<br /> |
| 237 | Acer Iconia One 10 32GB Wi-Fi Tablet, Model: B3-A40, Android 7, 10.1in | w/ Original Box<br /> |
| 238 | Acer Iconia One 10 32GB Wi-Fi Tablet, Model: B3-A40, Android 7, 10.1in | w/ Charger, No Box<br /> |
| 239 | Acer Iconia One 10 32GB Wi-Fi Tablet, Model: B3-A40, Android 7, 10.1in | No Charger, No Box, Standard Micro USB Charging Port<br /> |
| 240 | Apple iPad Mini 2 Wi-Fi 16GB Silver, ME279LLA (Revel Systems Used Unit) | No Charger, No Box<br /> |
| 241 | Apple iPad Mini 2 Wi-Fi 16GB Silver, ME279LLA (Revel Systems Used Unit) | w/ Charger, No Box<br /> |

# EXHIBIT A TO MOTION TO SELL ASSETS

| Lot Number | Lot Title | Lot Description |
|---|---|---|
| 242 | Apple iPad Mini 2 Wi-Fi 16GB Silver, ME279LLA (Revel Systems Used Unit) | w/ Charger, No Box<br /> |
| 243 | Apple iPad Mini 2 Wi-Fi 16GB Silver, ME279LLA (Revel Systems Used Unit) w/ Box |  <br /> |
| 244 | Apple iPad Mini 2 Wi-Fi 16GB Silver, ME279LLA (Revel Systems Used Unit) w/ Box |  <br /> |
| 245 | Apple iPad Mini 2 Wi-Fi 16GB Silver, ME279LLA (Revel Systems Used Unit) w/ Box |  <br /> |
| 246 | Apple iPad Mini 2 Wi-Fi 16GB Silver, ME279LLA (Revel Systems Used Unit) w/ Box |  <br /> |
| 247 | Samsung Model: XE500C13 Chromebook Notebook Computer | No Case, No Box, No Charger,<br /> |
| 248 | Applie iPad Air 2, 32GB Wi-Fi Tablet, Silver, MN: MNV62LL/A w/ Box |  <br /> |
| 249 | Applie iPad Air 2, 32GB Wi-Fi Tablet, Silver, MN: MNV62LL/A w/ Box |  <br /> |
| 250 | Applie iPad Air 2, 32GB Wi-Fi Tablet, Silver, MN: MNV62LL/A w/ Box |  <br /> |
| 251 | Applie iPad Air 2, 32GB Wi-Fi Tablet, Silver, MN: MNV62LL/A w/ Box |  <br /> |
| 252 | Lot of 6, 12 Outlet Plug Surge Protector Power Strips in Crate |  <br /> |
| 253 | Crate of Therm-O-Stack Insulated Lunch Bags w/ Eat-Fit-Go logo, Lime |  <br /> |
| 254 | Crate of Insulated Shopping Bags w/ Eat-Fit-Go Logo, Black, White Font |  <br /> |
| 255 | Sam4S Model: Titan-150 POS System w/ Epson Printer & Accessories | Comes w/ Credit Card Slider, Printer, Keyboard, Mouse<br /> |
| 256 | Lot of 6 Revel Systems Tablet Stands, Credit Card Sliders & 6 Epson Printers & Accessories | Comes w/ 2 Keys, No Tablets Includes, See Previous Lots of Tablets, Revel R212-0001 Serial Servers, UniFi AP-Pro WiFi Extenders, TP-Link TL-SF1008D 8 Port Desktop Switches and Other Items<br /> |
| 257 | Lot of 8 Stainless Steel Trash Receptical Top Mount Entry Hole Brackets, 9in x 9in |  <br /> |
| 258 | Lot of 3, NSF Stationary Chrome Wire Shelving Racks, 18in x 48in x 74in | 19 Total Shelves Between the 3 Units, 2 Assembled, 1 Disassembled, Contents Not Included<br /> |
| 259 | Lot of 2, Eight Feet Lifetime Plastic Banquet Folding Tables, 30in Wide |  <br /> |
| 260 | Lot of 6, FOCUS NSF Stationary Green Wire Shelving Units, 36in x 60in x 74in | Group of Six Total, (2) w/ 3 Shelves, (4) w/ 2 Shelves and Seven Spare Shelves Included, Contents Not Included<br /> |
| 261 | FOCUS NSF Green Wire Shelving Unit, Stationary, 4 Shelves, 18in x 60in x 74in |  <br /> |
| 262 | Chrome Stationary Wire Shelving Unit, 14in x 36in x 55in, 4 Shelves |  <br /> |
| 263 | Lot of 5 Trash Cans w/ Contents of Artificial Grass & Fruit |  <br /> |
| 264 | 9 Cases, 36/Case, Plastic Wild Grass, Autograph Foliages, 10in Wild Long Grass Mat SKU: A-5022 | Color Green, Tutone Green, 8in High, 10in Squares, Mfg. Signature Foliage<br /> |
| 265 | 9 Cases, 36/Case, Plastic Wild Grass, Autograph Foliages, 10in Wild Long Grass Mat SKU: A-5022 | Color Green, Tutone Green, 8in High, 10in Squares, Mfg. Signature Foliage<br /> |
| 266 | 6 Cases of ALEKO Artificial Oranges, Apples & Lemons, 600/Case | 2 Cases of Each Fruit, Oranges, Apples, Lemons, 1,800 Pieces Total<br /> |

# EXHIBIT A TO MOTION TO SELL ASSETS

| Lot Number | Lot Title | Lot Description |
|---|---|---|
| 267 | Lot of 5, NSF Chrome Stationary Wire Shelving Units, 18in x 48in x 74in | 1 has 5 Shelves, Others Just 2 Shelves, Includes Four Extra Shelves, Contents Not Included<br /> |
| 268 | Small Sentry Safe, No Key or Combo |  <br /> |
| 269 | New Case of 4, Blue Dot White Hot Mesh Metal Chairs, Sealed Case |  <br /> |
| 270 | New Case of 4, Blue Dot White Hot Mesh Metal Chairs, Sealed Case |  <br /> |
| 271 | New Case of 4, Blue Dot White Hot Mesh Metal Chairs, Sealed Case |  <br /> |
| 272 | New Case of 4, Blue Dot White Hot Mesh Metal Chairs, Sealed Case |  <br /> |
| 273 | New Case of 4, Blue Dot White Hot Mesh Metal Chairs, Sealed Case |  <br /> |
| 274 | New Case of 4, Blue Dot White Hot Mesh Metal Chairs, Sealed Case |  <br /> |
| 275 | New Case of 4, Blue Dot White Hot Mesh Metal Chairs, Sealed Case |  <br /> |
| 276 | New Case of 4, Blue Dot White Hot Mesh Metal Chairs, Sealed Case |  <br /> |
| 277 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 278 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 279 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 280 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 281 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 282 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 283 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 284 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 285 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 286 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 287 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 288 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 289 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 290 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 291 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 292 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 293 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 294 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 295 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 296 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 297 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 298 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 299 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 300 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 301 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 302 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 303 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 304 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |

# EXHIBIT A TO MOTION TO SELL ASSETS

| Lot Number | Lot Title | Lot Description |
|---|---|---|
| 305 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 306 | Set of 4, Blue Dot White Hot Mesh Metal Chairs, Open Stock |  <br /> |
| 307 | New Case of 2, Blue Dot Hot Mesh Metal Barstools, Green |  <br /> |
| 308 | New Case of 2, Blue Dot Hot Mesh Metal Barstools, Green |  <br /> |
| 309 | Set of 4, Blue Dot Hot Mesh Metal Barstools, Green, Open Stock |  <br /> |
| 310 | Set of 4, Blue Dot Hot Mesh Metal Barstools, Green, Open Stock |  <br /> |
| 311 | Set of 4, Blue Dot Hot Mesh Metal Barstools, Green, Open Stock |  <br /> |
| 312 | Set of 4, Blue Dot Hot Mesh Metal Barstools, Green, Open Stock |  <br /> |
| 313 | Set of 4, Blue Dot Hot Mesh Metal Barstools, Green, Open Stock |  <br /> |
| 314 | Set of 4, Blue Dot Hot Mesh Metal Barstools, Green, Open Stock |  <br /> |
| 315 | Lot of 2, EKO Regent Step Bin Stainless Steel 8.45 Gallon Trash Can |  <br /> |
| 316 | Lot of 2 Stainless Steel Step Bin Trash Cans |  <br /> |
| 317 | Lot of 3 Tablecraft KK3 KenKut 3 - 12in Film & Foil Dispenser / Cutters & Soap Dispensers | w/ 4 Soap Dispensers - Film Cutters As-Is, Top May Need Clipped In or Down, Untested<br /> |
| 318 | Lot of 8 New in Box, Merchandiser Wire Racks for Protein or Candy Bars | Each one is 19in x 6in x 9in<br /> |
| 319 | Lot of 8 New in Box, Merchandiser Wire Racks for Protein or Candy Bars | Each one is 19in x 6in x 9in<br /> |
| 320 | Lot of 8 New in Box, Merchandiser Wire Racks for Protein or Candy Bars | Each one is 19in x 6in x 9in<br /> |
| 321 | Lot of 8 New in Box, Merchandiser Wire Racks for Protein or Candy Bars | Each one is 19in x 6in x 9in<br /> |
| 322 | Lot of 8 New in Box, Merchandiser Wire Racks for Protein or Candy Bars | Each one is 19in x 6in x 9in<br /> |
| 323 | Lot of 8 New in Box, Merchandiser Wire Racks for Protein or Candy Bars | Each one is 19in x 6in x 9in<br /> |
| 324 | Lot of 15 Open Stock, Merchandiser Wire Racks for Protein or Candy Bars | Each one is 19in x 6in x 9in<br /> |
| 325 | 3 New in Box Cases of Tork Xpressnap Tabletop Napkin Dispensers, 4/Case | Interfold, Black, Mfg. 2017, No. 62 32 000, 12 Total Dispensers<br /> |
| 326 | 3 New in Box Cases of Tork Xpressnap Tabletop Napkin Dispensers, 4/Case | Interfold, Black, Mfg. 2017, No. 62 32 000, 12 Total Dispensers<br /> |
| 327 | 3 New in Box Cases of Tork Xpressnap Tabletop Napkin Dispensers, 4/Case | Interfold, Black, Mfg. 2017, No. 62 32 000, 12 Total Dispensers<br /> |
| 328 | 3 New in Box Cases of Tork Xpressnap Tabletop Napkin Dispensers, 4/Case | Interfold, Black, Mfg. 2017, No. 62 32 000, 12 Total Dispensers<br /> |
| 329 | 3 New in Box Cases of Tork Xpressnap Tabletop Napkin Dispensers, 4/Case | Interfold, Black, Mfg. 2017, No. 62 32 000, 12 Total Dispensers<br /> |
| 330 | 3 New in Box Cases of Tork Xpressnap Tabletop Napkin Dispensers, 4/Case | Interfold, Black, Mfg. 2017, No. 62 32 000, 12 Total Dispensers<br /> |
| 331 | 3 New in Box Cases of Tork Xpressnap Tabletop Napkin Dispensers, 4/Case | Interfold, Black, Mfg. 2017, No. 62 32 000, 12 Total Dispensers<br /> |
| 332 | 6 Crates of Tork Xpressnap Tabletop Napkin Dispensers, 38+- Dispensers | Interfold, Black, Mfg. 2017, No. 62 32 000, Open Stock<br /> |
| 333 | Black NSF Stationary Wire Shelving Unit, 6 Shelves, 18in x 36in x 73in |  <br /> |
| 334 | Milwaukee Model: HD800P - 2 Wheel Hand Truck, 800lb Capacity |  <br /> |
| 335 | Milwaukee Model: HD800P - 2 Wheel Hand Truck, 800lb Capacity |  <br /> |

# EXHIBIT A TO MOTION TO SELL ASSETS

| Lot Number | Lot Title | Lot Description |
|---|---|---|
| 336 | Milwaukee Model: HD800P - 2 Wheel Hand Truck, 800lb Capacity |  <br /> |
| 337 | Lot of 2, Tablecraft KK2 & KK3 KenKut 2/3 - 12in Film & Foil Dispenser / Cutters |  <br /> |
| 338 | 27 Gallon Tough Tote, Small Buckets, Misc. Tote |  <br /> |
| 339 | Lot of Bus Tubs |  <br /> |
| 340 | Placeholder, Do Not Bit, Spot for Additional Lot if Needed | Do Not Bid<br /> |
| 341 | Placeholder, Do Not Bit, Spot for Additional Lot if Needed | Do Not Bid<br /> |
| 342 | Placeholder, Do Not Bit, Spot for Additional Lot if Needed | Do Not Bid<br /> |
| 343 | Placeholder, Do Not Bit, Spot for Additional Lot if Needed | Do Not Bid<br /> |
| 344 | Placeholder, Do Not Bit, Spot for Additional Lot if Needed | Do Not Bid<br /> |
| 345 | Placeholder, Do Not Bit, Spot for Additional Lot if Needed | Do Not Bid<br /> |
| 346 | Placeholder, Do Not Bit, Spot for Additional Lot if Needed | Do Not Bid<br /> |
| 347 | Commercial Stainless Steel Tilting Skillet, Very Clean, Steam | Could Not Read Mfg. Tag, Lots 347, 348 &amp; 349 are Located at Our Shop 1528 N. Saddle Creek Rd, Pick Up There, This Lot Not From Eat-Fit-Go<br /> |
| 348 | True Model: T-49 Double Door Commercial Stainless Steel Freezer, Works Great | Clip Bracket &amp; Racks Included but Need to Be Installed, Works Great, Lots 347, 348 &amp; 349 are Located at Our Shop 1528 N. Saddle Creek Rd, Pick Up There, This Lot Not From Eat-Fit-Go<br /> |
| 349 | Scotsman Ice Machine, Water Cooled, Model: CME656WE-32A | Lots 347, 348 &amp; 349 are Located at Our Shop 1528 N. Saddle Creek Rd, Pick Up There, This Lot Not From Eat-Fit-Go<br /> |
| 350 | South Bend SteamMaster Model: BGMTS-40 Tilting Skillet, 120v, Steam, 40 Gallon | South Bend SteamMaster Model: BGMTS-40 Tilting Skillet, 120v, Steam, 40 Gallon<br /> |
| 351 | Lance Model: LT-30 Vacuum Massage Tumbler, Stainless Steel, 500lb Capacity | Variable Speed Drive 1-9 RPM, 110v, 1/2HP Motor, 650Lb Weight, 52in x 31in x 49in<br /> |
| 352 | 2017 Polaris GEM E2 Electric 2 Door Coupe, White, 315 Orig. Miles Fully Equipped, 110v | VIN: 52CG2AGA8H0015655 Doors, Large Capacity Storage Locking Box, Automatic, w/ Charger, 110v, Like New, Wrap Easily Removed, 2 Doors, Mirrors, Nice Wheels, Like New Tires, 4 Batteries, Power Steering, Heat/AC, Seat Belts, 4 Lug 14in Tires and Rims, Mirrors, Street Legal in Town, Speedometer Up to 60mph<br /> |

EXHIBIT B TO MOTION TO SELL ASSETS

# AUCTION CONTRACT

This agreement is between The Auction Mill herein called "Auctioneer," and the undersigned, herein called "Seller."

1. AUCTION ASSIGNMENT: Seller hereby consigns to Auctioneer, and employs said Auctioneer, to sell at auction, or otherwise, the personal property listed below: Restaurant Equipment, Fixtures, Supplies and GEM Electric Car belonging to Eat-Fit-Go.

2. COMMISSION: For its services, **Auctioneer will receive and retain from the proceeds 10% of the sale of each consigned item or lot as commission from Seller**: Applicable marketing and labor fees will also be retained from proceeds. Auctioneer cannot guarantee that an item will sell and can only offer an opinion as to the salability of any item.  A buyers premium will be implemented and retained by the auction company.

3. SALE: Auctioneer shall have complete discretion as to: (1) the place and the date of the sale and the manner in which such sale is conducted unless otherwise specified herein by the parties as Eat-Fit-Go Headquarters 8877 S. 137th Circle Suite 1 Omaha, NE 68138 (place) and Date TBD (Potentially ending Dec. 9th) (date); (2) the description of the Property in its catalogs, advertisements or other literature; (3) seeking the views of any expert; (4) the combination, or division, of the Property into several lots as may be deemed appropriate for sale.

4. CERTAIN WARRANTIES: Seller warrants that he/she has the right to consign the Property for sale, which the same is free and clear of liens, encumbrances and claims of third parties, and that good title will pass to the buyer.

5. INSURANCE AND LOSS OF PROPERTY: Auctioneer will exercise reasonable care with respect to Seller's items, however, Seller has the obligation to insure the Property until sold by the Auctioneer.  Auctioneer shall not be responsible for any breakage, or damage, done to the Property and Auctioneer shall not be obligated to insure said property against loss, by theft or otherwise, damage, or destruction of any kind, and assumes no liability for loss by theft or otherwise, damage, or destruction of any kind. The Auction Mill shall carry insurance that is usual and customary for it business

6. NO REPRESENTATIONS: Any appraisal, estimate or other statement of Auctioneer, or its representatives, with respect to the selling price of any article is a statement of opinion only, and may not be relied upon as a prediction of the actual selling price. All lots are to be sold to the highest bidder in the traditional auction format. All items will be sold to the highest bidder without minimums or reserves.

7. SETTLEMENT OF ACCOUNT: Auctioneer will make available to Seller the net proceeds received, and collected from, the sale of the property within ten business days following the auction, less its commission and fees.

8. WITHDRAWAL: No Property may be withdrawn after consigned without Auctioneer's written consent. In the event property is withdrawn by the Seller, a payment of the greater of $100.00 or 10% of the fair market value will be charged to the Seller. In the event Seller cancels the Auction, a payment of $2,000.00 will be charged to the Seller. Auctioneer reserves the right to withdraw any Property at any time before the item is deemed sold.

9. RESERVES/BUY BACK FEE'S: In the event a reserve is placed on a consigned item or lot the following will apply; if item does not meet the reserve price, the seller will be charged a commission of the greater of $100.00 or 10% of the highest bid price. Same fee applies if the seller places a bid on their own item at an auction.  All reserves and buy backs must be discussed between Auctioneer or Seller prior to the item or lot being placed on the auction block; in the event Auctioneer is not apprised by Seller of any reserve or buy back, Auctioneer reserves the right to not accept a bid on any such item by Seller or any representative of Seller.

10. ADVERTISING FEE'S OR CHARGES:  Seller agrees to pay all related advertising and labor fees to hold this auction, regardless if Seller cancels the auction. Off-Site labor is billed at $15.00/hr and shall be retained by Auctioneer from the proceeds of the auction. Typical advertising fees to hold a timed online auction range from $1,500.00 to $2,000.00 not including any online bidding platform fees.  Auction format to be a timed online auction using Proxibid's platform.  Advertising and labor billed to the client will be capped at $2,000.00, any amount exceeding $2,000.00 will be paid for by the auction firm.

_____ 11/19/18
For the Auction Mill                Date

_____ 11-19-18
Signature of Seller or Representative of Seller    Date

402.885.4916

www.TheAuctionMill.com
info@TheAuctionMill.com

Eat-Fit-Go 8877 S. 137th Circle Suite 1 Omaha, NE 68138
Karl Marsh 402.968.0601 karl.marsh@eatfitgo.com Brock Hubert JD brock.hubert@eatfitgo.com