UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| In re:<br><br>Eat Fit Go Healthy Foods, LLC, et al.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-81127-TLS<br><br>(Jointly administered) |

**NEB. R. BANKR. P. 9013-1**
**NOTICE OF MOTION AND DEADLINE TO**
**FILE AND SERVE RESISTANCE OR REQUEST FOR HEARING**

On December 21, 2018, Live Well Enterprises, LLC filed and served that certain *MOTION OF LIVE WELL ENTERPRISES, LLC FOR (I) ENTRY OF AN ORDER COMPELLING EAT FIT GO HEALTHY FOODS, LLC AND/OR EAT FIT GO KITCHEN ARIZONA, LLC TO TIMELY PERFORM ALL POST-PETITION LEASE OBLIGATIONS PURSUANT TO 11 U.S.C. § 365(d)(3); AND (II) ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2)* [Docket No. 141] (the "Motion") with this Court.

You are hereby notified that any (i) objections or resistance to (collectively, "Objections"), or (ii) requests for a hearing (collectively, "Requests") on the Motion must be filed and served on or before **January 11, 2019**.

If no Objection or Request is timely filed and served upon the undersigned on or before **January 11, 2019**, the United States Bankruptcy Court for the District of Nebraska may enter an

---

[1] The Debtors in this jointly administered case are: 18-81127-TLS Eat Fit Go Healthy Foods, LLC; 18-81121-TLS Eat Fit Go Arizona Kitchen, LLC; 18-81122-TLS Eat Fit Go Georgia Kitchen, LLC; 18-81123-TLS Eat Fit Go Healthy Foods Des Moines, LLC; 18-81124-TLS Eat Fit Go Healthy Foods Kansas City, LLC; 18-81125-TLS Eat Fit Go Healthy Foods Minnesota, LLC; 18-81126-TLS Eat Fit Go Healthy Foods Omaha, LLC; 18-81128-TLS Eat Fit Go Kansas City Kitchen, LLC; 18-81129-TLS Eat Fit Go Omaha Kitchen, LLC; 18-81130-TLS EFG Shared Services, LLC.

Order on the Motion without further notice or hearing. If an Objection to or Request on the Motion is timely filed and served, a hearing will be scheduled by the Court on the Motion and any Objections thereto.

| | |
|---|---|
| Omaha, Nebraska<br>Dated: December 21, 2018 | /s/ *Jeffrey T. Wegner*<br>Jeffrey T. Wegner (Nebraska Bar No. 18265)<br>**KUTAK ROCK LLP**<br>The Omaha Building<br>1650 Farnam Street<br>Omaha, Nebraska 68102<br>Telephone:    (402) 346-6000<br>Facsimile:    (402) 346-1148<br><br>Counsel to Live Well Enterprises, LLC |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing **NEB. R. BANKR. P. 9013-1 NOTICE OF MOTION AND DEADLINE TO FILE AND SERVE RESISTANCE OR REQUEST FOR HEARING** has been electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following parties**:**

Michael T. Eversden
meversden@mcgrathnorth.com

Steven A. Ginther
nebecf@dor.mo.gov

Jerry Jensen
ustpregion13.om.ecf@usdoj.gov

Jerry L. Jensen
Jerry.L.Jensen@usdoj.gov

Bradley D McCormack
bmccormack@saderlawfirm.com

Patrick Patino
patrickp@koenigdunne.com,
laurenk@koenigdunne.com

Brandon R. Tomjack
btomjack@bairdholm.com

T. Randall Wright
rwright@bairdholm.com

R. J. Shortridge
rshortridge@perrylawfirm.com,
dspellmeyer@perrylawfirm.com

Michael F. Kivett
mfkivett@walentineotoole.com

Luke J. Klinker
lklinker@fraserstryker.com,
vharman@fraserstryker.com

Craig A. Knickrehm
cknickrehm@walentineotoole.com,
jellis@womglaw.com

David J. Skalka
dskalka@crokerlaw.com,
dcellar@crokerlaw.com,
rklein@crokerlaw.com

Patrick Raymond Turner
patrick.turner@stinsonleonard.com

I further certify that I served the foregoing Notice along with a copy of the Motion, upon the following parties at the addresses shown below by first class U.S. Mail, postage prepaid:

Eat Fit Go Healthy Foods, LLC
c/o Robert J. Likes, Registered Agent
444 Regency Pwky, #100
Omaha, NE 68114

Peak Franchise Capital, LLC
4100 Spring Valley Road
Suite 535
Dallas, TX 75244

4816-2348-8132.1

Eat Fit Go Healthy Foods, LLC
c/o Aaron McKeever, Manager
8877 S. 137th Cir, Suite 1
Omaha, NE 68138

Reinhart Food Service, LLC
c/o Kohner, Mann & Kailas, S.C.
4650 N. Port Washington Rd.
Milwaukee, WI 53212

Dated this 21st day of December, 2018.

                                                */s/ Jeffrey T. Wegner*
                                                Jeffrey T. Wegner

4816-2348-8132.1