# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF | ) | Case No. BK 18-81127-TLS |
| | ) | |
| EAT FIT GOT HEALTHY FOODS, LLC et al[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

## NOTICE OF FILING AND
## NOTICE SETTING OBJECTION/RESISTANCE DEADLINE

TO: ALL PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that Eat Fit Go Healthy Foods, LLC et al., filed their *Motion for Order Approving Bidding Procedures* and *Motion for Order pursuant to 11 U.S.C. §§ 105(a) and 365 and Fed. R. Bank. P. ("Rule") 6006 Authorizing and Approving Procedures Governing the Assumption and Assignment of Executory Contracts and Unexpired Leases*.

Notice is further given:

1. That the last day to object or resist the Motion is January 7, 2019.

2. That if the objection/resistance period expires without the filing of any objection or resistance, the Bankruptcy Court will consider entering an Order approving the Motion without further hearing.

**EAT FIT GOT HEALTHY FOODS, LLC et al, Debtors**

By: */s Patrick R. Turner*
Patrick R. Turner (#23461)
Stinson Leonard Street, LLP
1299 Farnam Street, Suite 1500
Omaha, NE 68102
Tel. No. (402) 342-1700
Fax No. (402) 342-1701
Patrick.turner@stinson.com

---

[1] Debtors in this case include: Eat Fit Go Omaha Kitchen, LLC, Eat Fit Go Kansas City Kitchen, LLC, Eat Fit Go Georgia Kitchen, LLC, Eat Fit Go Arizona Kitchen, LLC, Eat Fit Go Healthy Foods - Des Moines, LLC, Eat Fit Go Healthy Foods - Kansas City, LLC, EFG Shared Services, LLC (No Rev), Eat Fit Go Healthy Foods - Omaha, LLC, and Eat Fit Go Healthy Foods - Minnesota, LLC.

CORE/3007017.0005/141705053.1