ntcnc (04/10)

# UNITED STATES BANKRUPTCY COURT
### District of Nebraska

In Re:

Eat Fit Go Healthy Foods, LLC

Debtor(s)

Bankruptcy Proceeding No. 18–81127–TLS
Chapter 11

Judge: Thomas L. Saladino

## NOTICE OF NONCOMPLIANCE

ISSUE:    Motion to Sell Free and Clear

ATTY:    Nicholas Zluticky/Paul Hoffman

Movant has failed to comply with Neb. R. Bankr. P. 9013–1.

Movant has 14 days to comply, or the document listed above will be considered abandoned.

Dated: 1/16/19

Diane Zech
Clerk, U.S. Bankruptcy Court

Copies mailed or electronically sent by the court to the movant.