# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF | ) | Case No. BK 18-81127-TLS |
| | ) | |
| EAT FIT GOT HEALTHY FOODS, LLC et al.[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

## NOTICE OF FILING AND
## NOTICE SETTING OBJECTION/RESISTANCE DEADLINE

TO: ALL PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that Eat Fit Go Healthy Foods, LLC et al., filed their *Motion For Order Pursuant To 11 U.S.C. §§ 105(A), 363, Fed. R. Bank P. 6004, And Local R. Bank. P. 6004-1, Authorizing And Approving The Sale Of Substantially All Assets Free And Clear Of Liens, Claims, Interests, And Encumbrances*.

Notice is further given:

1. That the last day to object or resist the Motion is **Wednesday, February 6, 2019**.

2. That if the objection/resistance period expires without the filing of any objection or resistance, the Bankruptcy Court will consider entering an Order approving the Motion without further hearing.

Dated: January 16, 2019

          **EAT FIT GO HEALTHY FOODS, LLC ET AL., Debtors**

          By: /s/ Paul Hoffmann
          Paul M. Hoffmann (MO # 31922)
          Nicholas Zluticky (MO # 61203)
          Stinson Leonard Street, LLP
          1201 Walnut Street, Suite 2900
          Kansas City, MO 64106
          Phone: 816.842.8600
          Fax: 816.691.3495
          Email:   paul.hoffman@stinson.com
                      nicholas.zluticky@stinson.com

          Counsel for Debtors

---

[1] Debtors in this case include: Eat Fit Go Omaha Kitchen, LLC, Eat Fit Go Kansas City Kitchen, LLC, Eat Fit Go Georgia Kitchen, LLC, Eat Fit Go Arizona Kitchen, LLC, Eat Fit Go Healthy Foods - Des Moines, LLC, Eat Fit Go Healthy Foods - Kansas City, LLC, EFG Shared Services, LLC (No Rev), Eat Fit Go Healthy Foods - Omaha, LLC, and Eat Fit Go Healthy Foods - Minnesota, LLC.