**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | Case No. BK 18-81127-TLS |
| | ) | |
| EAT FIT GOT HEALTHY FOODS, LLC et al.[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

The Undersigned hereby certifies that, a true and correct copy of the: (i) Debtors' *Motion For Order Pursuant To 11 U.S.C. §§ 105(A), 363, Fed. R. Bank P. 6004, And Local R. Bank. P. 6004-1, Authorizing And Approving The Sale Of Substantially All Assets Free And Clear Of Liens, Claims, Interests, And Encumbrances* (Doc. 163) and (ii) 9*013 Notice of Objection /Resistance Deadline* related thereto (Doc. 166) were sent to those parties receiving electronic notice via the CM/ECF system on January 15, 2019, and, on January 16, 2019, by United States Postal Mail, postage prepaid to the parties listed on **Exhibit A** hereto, which together with the ECF Notice constitutes: (a) all entities known to have expressed an interest in a transaction with respect to the Assets; (b) all entities known to have asserted any lien, claim, interest, or encumbrance in or upon the Assets; (c) the United States Trustee's office; and (d) any Official Committee of Unsecured Creditors as may be appointed in this Chapter 11 Case, or in the absence of such a committee, to the creditors included on the consolidated list filed by Debtors as required by Rule 1007(d).

/s Andrew J. Glasnovich
By: Andrew J. Glasnovich

---

[1] Debtors in this case include: Eat Fit Go Omaha Kitchen, LLC, Eat Fit Go Kansas City Kitchen, LLC, Eat Fit Go Georgia Kitchen, LLC, Eat Fit Go Arizona Kitchen, LLC, Eat Fit Go Healthy Foods - Des Moines, LLC, Eat Fit Go Healthy Foods - Kansas City, LLC, EFG Shared Services, LLC (No Rev), Eat Fit Go Healthy Foods - Omaha, LLC, and Eat Fit Go Healthy Foods - Minnesota, LLC.

EXHIBIT A

| # | Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 1 | Panorama Point Partners, LLC | 13030 Pierce St., Ste 300 | | Omaha | NE | 68144 |
| 2 | Lutz | 13616 California St Ste 300 | | Omaha | NE | 68154-5336 |
| 3 | Boelter | P.O. BOX 8741 | | Carol Stream | IL | 60197-8741 |
| 4 | Shamrock | PO Box 52438 | | Phoenix | AZ | 52438 |
| 5 | Kutak Rock LLP | PO Box 30057 | | Omaha | NE | 68103-1157 |
| 6 | Penske Truck Leasing | PO Box 802577 | | Chicago | IL | 60680-2577 |
| 7 | Mac Munnis | 1840 Oak Ave, Ste. 3 | | Evanston | IL | 60201 |
| 8 | Rob McCutcheons | 2041 W Homer St. | | Chicago | IL | 60647 |
| 9 | MREM BOT Property, LLC | PO Box 310687 | | Des Moines | IA | 50331-0687 |
| 10 | Gordon Food Service | 2045 Attic Pkwy | | Kennesaw | GA | 30152 |
| 11 | Hawthorne Plaza-RE6693 | PO Box 6149 | | Hicksville | NY | 11802-6149 |
| 12 | Paxton Group LLC | 999 S Logan St., Suite 300 | | Denver | CO | 80209 |
| 14 | Jordan Creek Investments, LLC | 2540 73rd Street | | Urbandale | IA | 50322 |
| 15 | USDA-Food Safety & Inspection Svc | US Bank - FSIS Lockbox | PO Box 979001 | St. Louis | MO | 63197-9001 |
| 16 | Royce WGH, LLC | 12910 Pierce St, Suite 110 | | Omaha | NE | 68144 |
| 17 | Diecutstickers | 345 Andover Park E. | | Tukwila | WA | 98188 |
| 18 | Quantum Management | 1925 North 120th Street | | Omaha | NE | 68154 |
| 19 | The Nigro Family Partnership | 3148 W 138th Terr. | | Leawood | KS | 66224 |
| 20 | Olathe Station North, LLC | c/o The R.H. Johnson Company | 4520 Madison Ave., Suite | Kansas City | MO | 64111 |
| 21 | Noddle Companies | PO Box 24169 | | Omaha | NE | 68124 |
| 22 | DLE Seven LLC | PO Box 187 | | Ankeny | IA | 50021 |
| 23 | Elite Spices | 7151 Monteviedo Rd | | Jessup | MD | 20794 |
| 24 | Thermal Services | 13330 I St. | | Omaha | NE | 68137 |
| 25 | WC 370 LLC | 17105 S Hwy 50 | | Springfield | NE | 68059 |
| 26 | Likes Meyerson Hatch LLC | 444 Regency Parkway Dr., Ste. 100 | | Omaha | NE | 68114 |
| 27 | Greater Omaha | PO Box 7566 | 3001 I St | Omaha | NE | 68107-0566 |
| 28 | Lanoha 135 Millard LLC | Attn: Kris Carter | 19111 W. Center Rd | Omaha | NE | 68130 |
| 29 | GRI Corinth North, LLC | PO Box 664001 | | Dallas | TX | 75266-4001 |
| 30 | MDM Equity-2016, LLC | c/o Knapp Properties, Inc. | 5000 Westown Pkwy, Ste 400 | West Des Moines | IA | 50266 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | Rich James, Sarpy County Treasurer | Sarpy County Treasurer | 1210 Golden Gate Drive #1120 | Papillion | NE | 68046-2842 |
| 32 | Staples | PO Box 660409 | | Dallas | TX | 75266-0409 |
| 33 | Cintas - 9286 | PO Box 88005 | | Chicago | IL | 60680-1005 |
| 34 | Woodside Village North, LLC | c/o Jessica Pipes | 2200 W 47th Place | Westwood | KS | 66205 |
| 35 | TMI Services | 1135 E 5th St. | | Kansas City | MO | 64106 |
| 36 | Edixon Distribution | 6707 Giles Road #108 | | Papillion | NE | 68133 |
| 37 | American Bottling Company | 23214 Network Place | | Chicago | IL | 60673-1232 |
| 38 | Dial One | 743 E Dunlap | | Phoenix | AZ | 85020 |
| 39 | BESTECH MECHANICAL | 207 Commerce Dr., Suite 401 | | Dallas | GA | 30132 |
| 40 | SGS Vanguard Sciences | PO Box 2502 | | Carol Stream | IL | 60132-2502 |