# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF | ) | Case No. BK 18-81127-TLS |
| | ) | |
| EAT FIT GO HEALTHY FOODS, LLC et al.[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

## NOTICE OF FILING AND
## NOTICE SETTING OBJECTION/RESISTANCE DEADLINE

TO: ALL PARTIES IN INTEREST

Notice is hereby given that Eat Fit Go Healthy Foods, LLC et al., filed their *Motion Pursuant To 11 U.S.C. §§ 105, 361, 362, 363 And 552 For The Entry Of An Order Approving Third Stipulation Authorizing The Use Of Cash Collateral, Granting Adequate Protection, And Granting Related Relief*.

Notice is further given:

1. That the last day to object or resist the Motion is Monday, February 25, 2019.

2. That if the objection/resistance period expires without the filing of any objection or resistance, the Bankruptcy Court will consider entering an Order approving the Motion without further hearing.

**EAT FIT GO HEALTHY FOODS, LLC ET AL., Debtors**

By: */s/ Nicholas Zluticky*
Paul M. Hoffmann (MO # 31922)
Nicholas Zluticky (MO # 61203)
Stinson Leonard Street, LLP
1201 Walnut Street Suite 2900
Kansas City, MO 64106
Phone: 816.842.8600
Fax: 816.691.3495
Email: paul.hoffmann@stinson.com
nicholas.zluticky@stinson.com

**COUNSEL FOR DEBTORS**

---

[1] Debtors in this case include: Eat Fit Go Omaha Kitchen, LLC, Eat Fit Go Kansas City Kitchen, LLC, Eat Fit Go Georgia Kitchen, LLC, Eat Fit Go Arizona Kitchen, LLC, Eat Fit Go Healthy Foods - Des Moines, LLC, Eat Fit Go Healthy Foods - Kansas City, LLC, EFG Shared Services, LLC (No Rev), Eat Fit Go Healthy Foods - Omaha, LLC, and Eat Fit Go Healthy Foods - Minnesota, LLC.