# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF ) | Case No. BK 18-81127-TLS |
| ) | |
| EAT FIT GOT HEALTHY FOODS, LLC et al.[1] ) | Chapter 11 |
| ) | |
| Debtors. ) | |

### NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT OF UNEXPIRED LEASE AND CURE COSTS IN CONNECTION WITH SALE TRANSACTION & NOTICE SETTING OBJECTION/RESISTANCE DEADLINE

TO:   180 Burke, LLC
      1925 North 120th Street
      Omaha, NE  68154
      Attn:  Scott Brown
      sbrown@quantumqre.com

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On January 18, 2019, the Bankruptcy Court for the District of Nebraska (the "Bankruptcy Court") entered the *Amended Order Granting Motion for Order Approving Bidding Procedures* (Doc. No. 168), granting the above captioned debtors' (the "Debtors") *Motion for Order Approving Bidding Procedures* (Doc. No. 143).

2. On February 12, 2019, the Debtors received a Qualified Bid from Panorama Wellness, Inc. that was subsequently modified through negotiations, resulting in the Asset Purchase Agreement ("APA") attached to the *Declaration of Stephen George* (Doc. No. 192) ("Declaration") and attached hereto as Exhibit A.

3. Under the Asset Purchaser Agreement, Debtors propose to assume and assign certain unexpired leases, including an unexpired lease with you.

4. You are receiving this Notice because you are a counterparty to an unexpired lease that is proposed to be assumed and assigned to Panorama Wellness, Inc. as part of the APA.

5. Adequate assurance information for Panorama Wellness, Inc. is contained within the Declaration and is intended to provide you with adequate assurance of future performance under the unexpired lease. Additional adequate assurance information is available upon request by sending an e-mail to counsel for Panorama Wellness, Inc. at brian.koenig@koleyjessen.com.

---

[1] Debtors in this case include: Eat Fit Go Omaha Kitchen, LLC, Eat Fit Go Kansas City Kitchen, LLC, Eat Fit Go Georgia Kitchen, LLC, Eat Fit Go Arizona Kitchen, LLC, Eat Fit Go Healthy Foods - Des Moines, LLC, Eat Fit Go Healthy Foods - Kansas City, LLC, EFG Shared Services, LLC (No Rev), Eat Fit Go Healthy Foods - Omaha, LLC, and Eat Fit Go Healthy Foods - Minnesota, LLC.

IN THE MATTER OF
Eat Fit Go Healthy Foods, LLC
Case No. BK 18-81127
9013 Notice

6.  The last day to object or resist the proposed assumption and assignment of your lease to Panorama Wellness, Inc., including the proposed cure amount attached hereto as <u>Exhibit B</u>, is **Tuesday, February 26, 2019**.

7.  If the objection/resistance period expires without the filing of any objection or resistance, the Bankruptcy Court will consider entering an order approving the assumption and assignment of your lease without further hearing.

8.  If a written objection is filed before the objection/resistance period expires, the Bankruptcy Court will hold a hearing on the written objection on **Wednesday, February 27, 2019** commencing at 11:00 a.m. prevailing Central time. Parties intending to participate by telephone must dial into the AT&T TeleConference Center 5 minutes prior to the scheduled hearing at the toll free number 1-888-684-8852, access code 5799715, security code 0804. The court will not call the participants. PARTICIPANT INSTRUCTIONS FOR ENTERING PHONE CONFERENCE and TELEPHONE HEARING PROTOCOL can be found on the court's website www.neb.uscourts.gov (SEE PDF ORDER AT FILING #195 FOR COMPLETE DEADLINES AND PROCEDURES).

Dated: February 19, 2019

                            **EAT FIT GO HEALTHY FOODS, LLC ET AL., Debtors**

                            By: <u>/s/ Nicholas Zluticky</u>
                                Paul M. Hoffmann (MO # 31922)
                                Nicholas Zluticky (MO # 61203)
                                Stinson Leonard Street, LLP
                                1201 Walnut Street, Suite 2900
                                Kansas City, MO 64106
                                Phone: 816.842.8600
                                Fax: 816.691.3495
                                Email:   paul.hoffman@stinson.com
                                                   nicholas.zluticky@stinson.com

                            Counsel for Debtors