## EXHIBIT B

## SCHEDULE OF ASSUMED LEASES AND CURE AMOUNTS

1. 180 Burke, LLC - none

2. Waitt Aksarben 8, LLC - $3,931.45

3. WC 370, LLC - $6,824.56

4. Royce Grayhawk, LLC - $7,401.78

5. GRI Corinth North, LLC - $3,190.00

6. Hawthorne Plaza, LLC - $9,674.28

7. M-III Olathe Station Property, LLC - $3,969.23

8. Woodside Village North, LLC - $2,000.00

9. Herbert J. Lavigne Family Foundation d/b/a 8877 South 137th Circle, LLC - none

150717194.3