## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF ) | Case No. BK 18-81127-TLS |
| ) | |
| EAT FIT GO HEALTHY FOODS, LLC et al.[1] ) | Chapter 11 |
| ) | |
| Debtors. ) | |

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that on February 19, 2019, a true and correct copy of the:

Notice of Proposed Assumption and Assignment of Unexpired Lease and Cure Costs in Connection With Sale Transaction & Notice Setting Objection/Resistance Deadline [Doc. 197] was sent to those parties receiving electronic notice via the CM/ECF system, and sent via Federal Express, overnight delivery and via electronic mail to the following:

180 Burke, LLC
1925 North 120th Street
Omaha, NE  68154
Attn:  Scott Brown
sbrown@quantumqre.com

**EAT FIT GO HEALTHY FOODS, LLC ET AL., Debtors**

By: /s/ Nicholas Zluticky____
    Paul M. Hoffmann (MO # 31922)
    Nicholas Zluticky (MO # 61203)
    Stinson Leonard Street, LLP
    1201 Walnut Street, Suite 2900
    Kansas City, MO 64106
    Phone: 816.842.8600
    Fax: 816.691.3495
    Email:   paul.hoffman@stinson.com
               nicholas.zluticky@stinson.com
    Counsel for Debtors

---

[1] Debtors in this case include: Eat Fit Go Omaha Kitchen, LLC, Eat Fit Go Kansas City Kitchen, LLC, Eat Fit Go Georgia Kitchen, LLC, Eat Fit Go Arizona Kitchen, LLC, Eat Fit Go Healthy Foods - Des Moines, LLC, Eat Fit Go Healthy Foods - Kansas City, LLC, EFG Shared Services, LLC (No Rev), Eat Fit Go Healthy Foods - Omaha, LLC, and Eat Fit Go Healthy Foods - Minnesota, LLC.