# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF | ) | Case No. BK 18-81127-TLS |
| | ) | |
| EAT FIT GO HEALTHY FOODS, LLC et al.[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that on February 19, 2019, a true and correct copy of the:

Notice of Proposed Assumption and Assignment of Unexpired Lease and Cure Costs in Connection With Sale Transaction & Notice Setting Objection/Resistance Deadline [Doc. 198] was sent to those parties receiving electronic notice via the CM/ECF system and via Federal Express, overnight delivery to the following:

Holland & Knight LLP
200 Crescent Court, Suite 1600
Dallas, TX 75201
Attn: Brian Smith
Brian.Smith@hklaw.com

Hawthorne Plaza, LLC
c/o Invesco Advisers, Inc.
2001 Ross Avenue
Suite 3400
Dallas, TX 75201
Attn: Asset Manager

CBRE, Inc.
4717 Grand Avenue, Suite 500
Kansas City, MO 64112
Attn: Property Manager

---

[1] Debtors in this case include: Eat Fit Go Omaha Kitchen, LLC, Eat Fit Go Kansas City Kitchen, LLC, Eat Fit Go Georgia Kitchen, LLC, Eat Fit Go Arizona Kitchen, LLC, Eat Fit Go Healthy Foods - Des Moines, LLC, Eat Fit Go Healthy Foods - Kansas City, LLC, EFG Shared Services, LLC (No Rev), Eat Fit Go Healthy Foods - Omaha, LLC, and Eat Fit Go Healthy Foods - Minnesota, LLC.

CORE/3007017.0005/150240258.2

**EAT FIT GO HEALTHY FOODS, LLC ET AL., Debtors**

By: /s/ Nicholas Zluticky
    Paul M. Hoffmann (MO # 31922)
    Nicholas Zluticky (MO # 61203)
    Stinson Leonard Street, LLP
    1201 Walnut Street, Suite 2900
    Kansas City, MO 64106
    Phone: 816.842.8600
    Fax: 816.691.3495
    Email:   paul.hoffman@stinson.com
              nicholas.zluticky@stinson.com
    Counsel for Debtors