# Gordon FOOD SERVICE

1300 Gezon Parkway, SW
P.O. Box 2244
Wyoming, MI 49501-2244
(800) 905-2796

August 29, 2018

Eat Fit Go Healthy Foods, LLC
Messrs. Nick Ferer & Karl Marshall
8877 South 137th Circle
Suite 1
Omaha, NE 68138

Eat Fit Go Georgia Kitchen LLC
Mr. Aaron McKeever
5906 North 294th Circle
Valley, NE 68064

Re:    Eat Fit Go
       Customer No.: 100182141

Dear Gentlemen:

As I am sure you are aware, Eat Fit Go Georgia Kitchen LLC has discontinued purchasing from Gordon Food Service. As you may or may not be aware, a considerable inventory of proprietary products remains in Gordon Food Service's warehouse. This letter will serve as notice that pursuant to the terms and conditions of the Master Distribution Agreement and the Gordon Food Service Account Application, you are required to purchase such proprietary inventory. I have attached documentation of that inventory. If payment is not received within 15 days from the date of receipt of this letter, we will take the remedial steps allowed, including but not limited to, invoicing the product and filing a post-petition administrative claim with the United States Bankruptcy Court.

Please mail payment within 15 days of receipt of this letter to:

Gordon Food Service
Attn: Dawn Rouse
P O Box 2244
Grand Rapids, MI 49501

Thank you!

Sincerely,

Dawn E. Rouse
Legal Accounts Analyst
Dawn.rouse@gfs.com

Enclosure

| | | |
|---|---|---|
| 0 | 1 - Sell to new Distributor | Grocery 3 |
| 0 | 2 - Sell thru to zero a/v w Customer | |
| 0 | 3 - Move from Fresh to Frozen | Cooler 4 |
| 0 | 4 - Donate and bill Cust Corp | |
| 0 | 5 - Donate and bill Vendor | Freezer 6 |
| 0 | 6 - Return to Vendor | |
| 0 | 7 - GFS to Keep | |

| Disposition | GFS Item Code | Description | Vendor Name | Storage Type | GFS DC | Price | | | GFS DC # | AVG sales | Product Dates | Liquidation | 451 | | | 8-7-18 404 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | 451 | 10 | | 404 | | | | |
| | 217214 | CHIX BRST BNLS SKNLS RNDM 4-10#AVG | Tecumseh Poultry, LLC | Cooler | DOUGLASVILLE | $2.25 | $0.00 | YES | 12 | 4 | | | 0 | | | 0 | | | 0 | |
| | 217743 | CHIX THGH BNLS SKNLS RNDM 4-10#AVG | Tecumseh Poultry, LLC | Cooler | DOUGLASVILLE | $2.78 | $0.00 | YES | 12 | 0 | | | 0 | | | 0 | | | 0 | |
| | 216953 | FRANKS CHIX ORGNC 2.4Z 8-5CT | Tecumseh Poultry, LLC | Cooler | DOUGLASVILLE | $32.43 | $0.00 | | 12 | 0 | | | 0 | | | 0 | | | 0 | |
| | 272501 | YOGURT GRK VAN FF PAEFPR 3-4# | General Mills Cooler (Hurf Cooler) | Freezer | DOUGLASVILLE | $28.25 | $0.00 | | 12 | 2 | | | 0 | 10 | | 0 | | | 0 | |
| | 199543 | BEEF CRUMBLE VEGTAR 6-12Z l/STAR | Kellogg's Frozen | Freezer | DOUGLASVILLE | $17.46 | $453.96 | | 12 | 1 | 18 cases - 3-6-19, 13 cases 5-2-19 | | 26 | | | 26 | | | 26 | |
| | 236083 | CAULIFLOWER RICE 2-5# FLAVR-PAC | Norpac Foods | Freezer | DOUGLASVILLE | $19.20 | $1,036.80 | | 12 | 8 | 3-20-2020 | | 54 | | | 54 | | | 675 | |
| Recycle code | 259693 | CHIX THGH BNLS SKNLS F2F 4-10#AVG | Tecumseh Poultry, LLC | Freezer | DOUGLASVILLE | $2.78 | $0.00 | YES | 12 | 0 | | | 0 | | | 0 | | | 0 | |
| Recycle code | 275723 | FRANKS CHIX ORGNC F2F 2.4Z 8-5CT | Tecumseh Poultry, LLC | Freezer | DOUGLASVILLE | $32.43 | $0.00 | | 12 | 0 | | | 0 | | | 0 | | | 0 | |
| | 859070 | GRAN BLND ANCIENT W/KALE 6-2.5# | Simplot Food Group (Dora) | Freezer | DOUGLASVILLE | $39.62 | $2,535.68 | | 12 | 3 | 4 cases - 3-1-19, 60 cases 3-1-19 | | 64 | | | 64 | | | 21.3 | |
| | 213653 | SAUSAGE LNK CHIX/APPL CKD 1.5Z 10# | Jones Dairy Farms | Freezer | DOUGLASVILLE | $34.90 | $2,652.40 | | 12 | 0 | 13 cases - 8-22-18, 76 cases 9-27-18 | 13 cases liquidated 8-17 | 76 | | | 89 | | | x | |
| | 643692 | PASTA ELBOW MACAR 8-1/2Z BARIL | Barilla America Inc. | Grocery | DOUGLASVILLE | $13.92 | $2,101.92 | | 12 | 2 | 9-10-2019 | | 151 | | | 151 | | | 75.5 | |
| | 460294 | PASTA PENNE LENTIL 2-5# B+F | Dot Foods - Dry (FL, KP, [Grocery] | | DOUGLASVILLE | $32.31 | $710.82 | | 12 | 0 | 4-2-2019 | | 22 | | | 22 | | | x | |
| | 643652 | PASTA PENNE RIGATE 8-1/2Z BARIL | Barilla America Inc. | Grocery | DOUGLASVILLE | $13.92 | $807.36 | | 12 | 2 | 2-26-2020 | | 58 | | | 58 | | | 29 | |
| | 180519 | CRUMBS BREAD PANKO STYLE GF 6-2.5# | | | NonStock Item | | | | 12 | | | | | | | | | | | |
| | 25441 | GRAVY MIX TURKEY GF 6-7Z | | | NonStock Item | | | | 12 | | | | | | | | | | | |
| | 33379 | SAUCE SOY TAMARI 6-0.5GAL KIKK | | | NonStock Item | | | | 12 | | | | | | | | | | | |
| | 543551 | DISHMACHINE LEASE (ADS SAG) | | | Lease | | | | 12 | | | | | | | | | | | |

Total: $10,299.94 / $10,298.94